UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:12-cv-1848-T-33TBM

LIZETH LYTLE, Individually,
and on behalf of All Others
Similarly Situated Who Consent to Their
Inclusion in a Collective Action,

    Plaintiff,

v.

LOWE'S HOME CENTERS, INC.,
a Foreign Corporation, et al.

    Defendant.
_____/

## NOTICE OF FILING EXHIBITS IN SUPPORT OF LOWE'S OPPOSITION TO PLAINTIFF'S AMENDED MOTION FOR CONDITIONAL CERTIFICATION

Defendants, Lowe's Home Centers, Inc., Lowe's HIW, Inc. and Lowe's Companies, Inc. ("Lowe's"), through undersigned counsel, file the attached exhibits in support of their Memorandum In Opposition to Plaintiff's Amended Motion for Conditional Certification of Collective Action and Issuance of Notice [DE 205]:

    Exhibit A:    Declarations of HR Managers and an Area HR Managers (Exhibits A1 through A46)

    Exhibit B:    Job Description for the HR Manager position

    Exhibit C:    Resume of Piper Brown

    Exhibit D:    Resume of Quinton Tucker

Dated this 21st day of August, 2013.

        Respectfully submitted,

        HUNTON & WILLIAMS LLP
        *Counsel for Defendants*
        Sabadell Financial Center
        1111 Brickell Avenue, Suite 2500
        Miami, Florida 33131
        Tel: (305) 810-2500
        Fax: (305) 810-2460

        By: /s/ Juan C. Enjamio
           Juan C. Enjamio
           Trial Counsel
            Florida Bar No. 571910
            *jenjamio@hunton.com*
           Jennifer D. Ellis
            Florida Bar No. 0016511
            *jellis@hunton.com*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of August 2013, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Mitchell L. Feldman, Esq., Feldman, Fox & Morgado, P.A., 501 North Reo Street, Tampa, Florida 33609.

        By: /s/ Juan C. Enjamio
           For Hunton & Williams LLP

23797.001135 EMF_US 46943491v1