<u>Declaration of Molly Seaver</u>

I, Molly Seaver, declare:

1.      I am an Area Human Resources Manager ("AHRM") for Lowe's.  My office is located in Idaho.  I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and if called as a sworn witness, I would can could testify competently to them.

2.      I have worked for Lowe's since March, 1994.  Among other positions, I have worked as a Human Resources Manager ("HRM") at Lowe's.  I was promoted to my current AHRM position in May, 2009.

3.      In my position as an AHRM, I supervise HRMs directly.  I currently supervise ten HRMs.  Prior to approximately February, 2012, the HRMs reported directly to their Store Manager, with a dotted line reporting to me as the AHRM.  By changing the reporting requirement to me directly, I have found that HRMs are more free to engage their Store Manager and to act as a partner to upper management at the store.

4.      Because of my experience as a HRM and as a direct supervisor of multiple HRMs, I have first-hand knowledge of the duties and responsibilities exercised by HRMs on a daily basis.

5.      In my experience, HRMs either make or have direct influence and input on many very important decisions at their respective stores, including all major personnel-related decisions.  While they do spend time on clerical tasks such as payroll and training, the majority of their time is not spent on these clerical tasks.  However, the amount of time a HRM will spend on specific tasks or areas (for example, in recruiting), and the amount of input an HRM has on major decisions, will depend on the particular HRM and varies among HRMs.

6.      Recruiting is an area where HRMs exercise a great deal of decision-making and influence.  Before actually recruiting for a position, the HRM has the responsibility of



developing staffing plans for the store. The HRM should work with the Store Manager to develop these plans, but it is the HRM's responsibility to study information, identify trends, and recommend hiring levels to the Store Manager. The HRMs I supervise are very involved in this area, making staffing recommendations and typically working with the Store Manager to develop their store's staffing plans.

7.       HRMs also lead the "good faith efforts" at their stores. That means identifying and reaching out to community groups, including organizations for veterans, minorities, and other groups, to develop sources of referrals and contact. This is an important part of Lowe's commitment to diversity and to being engaged in the community. While other managers, including the Store Manager, participate in these efforts, it is the HRM who leads and drives this process.

8.       With respect to recruiting, the HRMs make the initial decisions regarding who will be interviewed for almost every open position at a store. The HRM reviews all resumes that have not already been rejected automatically because they do not meet minimum qualifications. From among these qualified candidates, the HRM must select who will actually be called back for an interview. These are critical decisions, since they determine who may be selected for an open position. The HRM almost always makes this initial selection alone, with no input from any other manager.

9.       For most open positions, the HRM does an in-person initial interview of the candidates the HRM selected for interviews, and scores the candidate. Only those who score above a certain number will be allowed to proceed to the next interview. Again, this is an initial determination that is typically made by the HRM alone.

10.     After the HRM conducts this initial interviewing, the candidate is typically interviewed by an Assistant Store Manager ("ASM") or the Store Manager. For some positions, namely specialists and department managers, the interviews are done as a panel, with the HRM and either an ASM or the Store Manager participating. They ask all questions together and come up with a consensus score. The Store Manager makes the ultimate hiring decision, but, as I explain here, the HRM has substantial input throughout the hiring process. In some stores, the Store Manager will trust the judgment of the HRM and the ASM and not even interview a candidate before making a final hiring decision for some positions.

11.     The HRM also has a lot of influence and input in the employee disciplinary process. Lowe's has various levels of discipline, depending on the severity of the action. Before a manager (even the Store Manager) can issue any particular discipline, the manager must partner with the HRM to decide the appropriate level of discipline (if any). The HRM will typically ask questions to guide the disciplinary decision, including trying to determine how much coaching the employee has received, whether any prior warnings have been issued, etc. Many times the HRM will tell an ASM or the Store Manager that they cannot issue the level of discipline they want to issue. I know of many instances where the discipline has been changed because of the HRM's input, coaching, and insistence. Essentially, the HRM must sign-off on the discipline to be issued.

12.     Before approximately two years ago, HRMs were very involved with investigations of discrimination and harassment complaints. They would develop investigation plans (for example, who will be interviewed), conduct the interviews, and make recommendations. About two years ago Lowe's introduced an Employee Relations group, which now takes the lead on many of these investigations. HRMs, however, still get involved in investigations, including

3

interviewing witnesses and making recommendations.  An HRM who worked at Lowe's prior to about 2011, however, would have had more involvement in this area than one who started working after that change.

13.     HRMs take a very active role in deciding ADA accommodation requests.  In my experience, HRMs drive this process.  They typically decide on the type of accommodation, unless it's a very complicated case.  Some HRMs are more active and independent in this area, making the actual accommodation decisions.  Other HRMs reach out for input from me a lot more.

14.     HRMs differ in the amount of input and advice they seek in the areas over which they have responsibility.  Some HRMs are much more independent, and make recommendations and decisions with very little input.  Others seek a lot more advice and input from me.  A lot depends on the level of experience that an HRM has, as well as his or her relationship with the Store Manager.

15.     I make this statement voluntarily out of my own personal knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19 day of August, 2013.

By: _____
        MOLLY SEAVER

4

## DECLARATION OF KATHY SEIFRIED

I, Kathy Seifried, declare:

1.     I am an Area Human Resources Manager ("AHRM") for Lowe's in Region 3, working in the Birmingham and North Alabama markets. I am over 18 years of age, have personal knowledge of the fact stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.     I have worked for Lowe's for approximately 21 years. Not only have I been an AHRM for a few years, but I have also worked as a Human Resources Manager ("HRM") and as Personnel Training Coordinator ("PTC") for Lowe's.

3.     As an AHRM, I currently supervise directly 26 HRMs. Because of my experience as a HRM and as an AHRM, I have personal knowledge of the duties and responsibilities that HRMs exercise on a daily basis.

4.     HRMs exercise independent judgment and discretion as part of their primary responsibility at Lowe's. They make decisions, or are very influential in final decisions, concerning significant areas. These areas include recruiting, hiring, and disciplining of employees. They also influence or make decisions concerning accommodations for disabled employees, promote diversity at their stores, and are actively engaged in coaching managers and employees. All of these areas are of great significance for Lowe's.

5.     With respect to diversity, the HRMs in my Area lead their store's good faith efforts. They identify and contact groups representing or advocating for veterans, military personnel in transition, women, disabled individuals, and minorities. I encourage HRMs to contact at least three such groups each month. The HRMs select the groups to contact, initiate the contacts, and lead the store's efforts to reach out to each particular group. They involve



upper management at the store in their outreach efforts, but they (the HRMs) remain in charge of these efforts. Part of the goal of these efforts is to ensure that Lowe's attracts a diverse pool of applicants.

6.     HRMs also drive their particular store's recruiting efforts. They make many decisions in the recruiting process, and when they do not make unilateral decisions, they partner with their Store Manager in making these decisions.

7.     As an initial matter, the HRM is instrumental and very influential in the development of staffing plans for their particular store. The HRM typically works with the Store Manager to determine the appropriate staffing level and which positions to post. This is particularly crucial in anticipation of the peak season. The staffing decisions for each store (the number of open positions) is typically a joint decision between the Store Manager and the HRM. That is certainly my expectation for each HRM I supervise.

8.     While HRMs in my Area are typically very involved in this process, the amount of influence does vary depending on the HRM's level of experience, and the level of trust developed between the HRM and the Store Manager. Some HRMs make all staffing recommendations, with the Store Manager basically reviewing and signing off on these recommendations without changes. In other stores, the Store Manager is much more involved. Again, a lot depends on the level of experience that the HRM has, and the nature of the working relationship between the HRM and the Store Manager.

9.     In this and all other areas, we expect the HRM and the Store Manager to work together as strategic partners. In my experience, this is the way our HRMs function, especially during the last couple of years. They work with upper management at their stores, including the Store Managers, to make important decisions, especially decisions regarding personnel and

2

human resources issues. However, the nature of this relationship depends to a large extent on working relationship between the Store Manager and the HRM. Some Store Managers trust the HRMs a lot and are very deferential, while others are more micro-managers.

10.     Once a position is posted, the HRM will typically be solely responsible for the initial screening of candidates. It is the HRM who decides which candidates to bring in for further interviews. It is also the HRM who conducts the initial screening interview (often by phone). From this review and initial screening, the HRM will select which candidates to bring in for follow-up interviews. Lowe's policy requires that the store bring in at least two more applicants than the number of open positions. For example, if there is one open position, at least three candidates must be brought in. The HRM decides how many candidates to actually bring in for interviews. During the recruiting process, then, the HRM, on his or her own, decides how many applicants to bring in, and which applicants to bring in. That is the HRM's sole decision. This decision is obviously critical to Lowe's because the store will hire from these applicants, and hiring personnel is critical to a store's operations.

11.     An HRM's involvement and influence in the hiring process is not limited to the selection of candidates for interviews. The HRMs often participate in the actual follow-up interviews with the candidates. For Department Manager positions, for example, HRMs typically participate in the interview of each candidate (usually along with the Store Manager). The HRM's score is factored into the final decision. Even where the HRM does not participate in the in-store interview, the Store Manager will consult with the HRM to ask for his or her recommendation. While the Store Manager makes the final hiring decision, the HRM often makes hiring recommendations, and is almost always very influential in determining who will be

hired. The level of influence and involvement often depends, however, on the amount of trust developed between the Store Manager and the HRM.

12.     When it comes to disciplining employees, including terminations, HRMs are not only influential, but they have to be an integral part of the decision-making process. The store's HRM has to review each disciplinary decision. In fact, they sign-off on the actual disciplinary form, which means they approve the action. They coach Assistant Store Managers and Store Managers on the proper level of discipline to issue. Sometimes the HRM will disagree with the Assistant Store Manager or the Store Manager about the proper level of discipline to issue, and the manager often changes the discipline based on the HRM's input and coaching. Unless HRM agrees, the manager (even the Store Manager) cannot issue the discipline.

13.     HRMs are also very involved when it comes to investigating issues involving employees at their stores. Sometimes they start the investigation before I become involved. Depending on the severity of the issue, I will often have the HRM take the lead on an investigation. That means they come up with the investigation plan (including which witnesses to interview), conduct the interviews, and make recommendations. Even when I take the lead or play a lead role in an investigation, I make sure I involve the HRM and consider his or her recommendation. The amount of involvement and authority I delegate to the HRM, however, depends on the tenure and experience of the particular HRM. For more tenured HRMs, I delegate a lot more responsibility with respect to investigations. They may develop the plan, start the investigation and come up with a recommendation before I have much involvement. With less experienced HRMs, I am more involved, and work together with the HRMs on all of these of the investigations.

4

14.     HRMs also make decisions with respect to disability accommodations. In fact, they often tell managers that an employee must be given a particular accommodation, and managers typically follow the HRM's decision without questioning it.

15.     HRMs make decisions or are very influential in many other areas, including coaching and employee relations. They are the ultimate experts at their store on human relations issues.

16.     While HRMs exercise the duties I explain above, the extent of their involvement differs based on many factors, including their tenure and their relationship with their Store Manager. More experienced HRMs are given more latitude and independence, are able to make more independent decisions, and can exercise more influence. Less experienced HRMs typically require more hands-on supervision and more interaction with me.

17.     I agree to make this statement voluntarily.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of August, 2013.

By: _____
KATHY SEIFRIED

## DECLARATION OF DUSTIN CHAMBERS

I, Dustin Chambers, declare:

I am a Human Resources Manager ("HRM") at Lowe's in Cumming, Georgia. I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

1.      I have worked for Lowe's since 2000 at three separate stores and have been a HRM since 2005, for which I received management training at the time. I am currently employed as a HRM at Lowe's Cumming, Georgia store and have held this role since August 2009.

2.      In my role as HRM, I review job applications and select the people who will be interviewed, typically three to eight, based on a number of factors, including job experience and educational background. The HRM has had sole discretion in this regard at all stores which I have worked. For some positions, I may review 60 to 70 applications. No one reviews my decision on which employees to select for interviews.

3.      I participate in the interview process of prospective job candidates by meeting with and scoring each candidate based upon their responses to questions. As the answers will necessarily vary upon the applicant, the score I give is left to my discretion. At the Cumming store, the determination of whether to offer a prospective applicant a job is based upon his total interview score. This interview score is derived through taking the score I give and adding it to the score given by the store manager or manager delegated by the store manager. Thus, my score counts for 50% of the final score given to an applicant. If two applicants are tied, which has happened in the past, I work in conjunction with the store manager to determine which candidate receives a job offer.



4.     Similar to the initial hiring process, in promotion situations, I select which candidates should be considered for interview.  Then, I proceed to interview applicants for promotion, and my score and the score of the store manager or other designated manager count equally in the determination process.

5.     Employees at the Cumming store receive annual performance evaluations.  I participate in employees' performance evaluations by meeting with the managers to provide input to the managers on factors I deem relevant, such as whether an employee has received disciplinary notices or has attendance issues, before finalizing the employees' evaluations.

6.     As the HRM, I participate in the discipline process and partner with the Store Manager when needed.  For non-final warning and terminations, I typically handle the investigation into the employee conduct at issue, collect the relevant facts by assessing which employees to interview and what questions to ask, and determine the appropriate level of discipline. Although the Store Manager will make the final determination as to whether to issue final warning notices and terminations, I often provide input on these decisions and recommend a course of action.  In my experience, the Store Manager follows my recommendation.

7.     I spend about one hour in a typical week on payroll processing issues.  I understand that Lowe's corporate offices generally handle payroll processing issues.

8.     It is my responsibility to handle employee scheduling issues.  In doing so, I attempt to analyze the various employee scheduling issues from a global perspective.  I approve the final schedule and direct assistant store managers to tell affected employees about the store's scheduling decisions.

9.     The store runs a Kids' Clinic on Saturdays, but I have never participated in the Kids' Clinic.  I have never understood HRMs as being required to participate in the Clinic.

10.     Since 2010, I have very little involvement with employee benefits other than to direct employees to the computerized system to which they can review the information.

11.     To the best of my knowledge, I have not worked on the store floor at the Cumming store and since at least 2008.  I do not substitute for other positions.

12.     As an HRM, I set my own schedule and have discretion as to when I perform my duties. The only set task that stays constant on my schedule is a staff meeting on Tuesday afternoons.

13.     I have worked with four store managers since I joined Lowe's.  In my experience, the store managers generally do not get involved in the majority of human resources decisions but allow me the freedom generally to run the department.  When the store managers do get involved, I generally partner with them to make human resources decisions.

14.     I have agreed to make this statement voluntarily.  It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement.  I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of April 2013, at Cumming, Georgia

By: _____
                    Dustin Chambers

## DECLARATION OF LISA CHIAVAROLI

I, Lisa Chiavaroli, declare:

1.      I am a Human Resources Manager at Lowe's Home Centers, Inc. ("Lowe's") in Quincy, Massachusetts. I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked for Lowe's for about 11 years. I was first hired as an Administrative Department Manager at Store 1618 in Weymouth, Massachusetts. After about six months, I was promoted to the position of Assistant Store Manager. I served in this position at various Lowe's stores in the area until 2011, when I became the Human Resources Manager at Store 2267 in Quincy, Massachusetts, which position I currently hold.

3.      I currently report to Area Human Resources Manager Robert Howland. Prior to 2012, I reported primarily to Store Manager Daniel Kump.

4.      I play an active and influential role in my store's recruitment of new employees. I personally decide which recruiting techniques and resources to use. For example, I frequently attend local career fairs and community information sessions to advertise current openings and career opportunities with Lowe's.

5.      I also am the sole decision maker with regard to screening job applicants. While the Store Manager may occasionally provide input on recruitment efforts, I typically alone decide which applicants that meet Lowe's minimum qualifications will be invited to interview for a position. I set up interview appointments myself.

6.      I conduct employment interviews with candidates for most store-level positions. For applicants applying for hourly store positions, I conduct a one-on-one interview with the



candidate and evaluate the candidate based on the form and substance of the candidate's responses. My evaluation of any candidate is influential and the Store Manager always takes my feedback and recommendations into consideration when making final hiring decisions. Recently I was influential in the hiring of three seasonal associates: a Loader, a Lumber Customer Service Associate, and a Paint Customer Service Associate.

7.      At my store, I work with the store's "Voice Team" to help to determine what specialized, non-corporate mandated training employees should receive in order to help them progress professionally. For example, I am currently engaged in gathering feedback from employees regarding what sort of training would be helpful in familiarizing employees with technology tools at the store. I will take the information we gather to organize and schedule directed training sessions for employees.

8.      When an employee at my store is reported for workplace misconduct, I am typically responsible for conducting an investigation into the allegations and determining what occurred. I always collaborate with the Store Manager and/or Area Human Resources Manager to determine the appropriate level of discipline, but my input is always influential in arriving at a final decision.

9.      While payroll processing is a part of my job, I only spend approximately two to three hours a week correcting declined punches and closing payroll.

10.     I am deeply involved in making staffing-level decisions. For example, I am charged with drafting my store's spring staffing plan based on season, sales outlook, market stability, and other factors. I then team with the Store Manager to finalize the plan before submitting it for approval by the Area Human Resources Manager.

11.    I do not participate in Saturday "Kids' Clinics." Planning and leading these activities is assigned to other employees, and my participation is not a requirement for my position.

12.    I spend at most 20 hours a week performing clerical functions such as processing paperwork. The amount of time I spend on this sort of activity depends greatly on season, staffing levels, recruitment efforts, and allocation of other regular store duties. I spend approximately five hours each week "walking the floor" meeting with and making myself available to associates on the sales floor. I will also occasionally cover cashiers' duties, but this generally only happens during the two or three busiest weekends in the year.

13.    Other than scheduled meetings and other appointments, I alone dictate my daily and weekly schedule. I have full discretion over how my day is organized

14.    In my position as Human Resources Manager, I regularly make decisions and take action at my own discretion. For example, I handle employee schedule changes, I am a point of contact for employee attendance issues, I screen and interview prospective employees, I organize and direct special training courses for employees, and I conduct one-on-one training with employees, including managers.

15.    I actively participate in weekly management meetings, during which I am regularly allotted several minutes to provide managers on information about payroll, staffing updates, important upcoming events, and other human resources-related issues. I also work with managers to help them manage their employees and outline plans for improvement.

16.    Overall, the store management relies on me in my position as Human Resources Manager to communicate information to them regarding employees, including their concerns and goals, and working with management to provide solutions and support. I give valuable and

persuasive feedback to the Store Manager regarding staffing, performance, and promotions.  I

also play an important role on making sure that my store is adequately staffed and operating

within our budget.

17.     I have agreed to make this statement voluntarily.  It has been explained to me that

I will receive no benefit for making this statement and no detriment for refusing to make a

statement.  I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed this 8th day of April 2013, at Quincy, Massachusetts.

By:  _____
         LISA CHIAVAROLI

## DECLARATION OF MICHELLE DEROCHE

I, Michelle DeRoche, Declare:

1.      I am a Human Resources Manager at Lowe's Home Stores, Inc. ("Lowe's) in Watertown, New York.  I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked for Lowe's since June 2000.  I started as a Personal Training Coordinator at Store 1022 in Watertown, New York.  In December 2002 I transferred to an Area Human Resources Manager position.  In March 2005 I returned to Store 1022 as a Human Resources Manager, which position I have held to date.  In my Human Resources Manager position, I am a full-time salaried employee.

3.      I currently report to Area Human Resources Manager Julie Rogers.  Prior to 2012, I reported primarily to Store Manager Mark Hoffmeier.

4.      I play an active and influential role in my store's recruitment of new employees.  I personally decide which recruiting techniques and resources to use.  For example, this morning I am participating in a local job fair as a means of advertising employment opportunities at my store and encouraging interested individuals to apply for open positions.  I came up with the idea of attending the job fair myself, not as a result of any directive from my Store Manager or Area Human Resources Manager.

5.      I also am the sole decision maker with regard to screening job applicants.  I alone decide which applicants that meet Lowe's minimum qualifications will be invited to interview for a position.  I set up interview appointments myself.



6.      I conduct employment interviews with candidates for all store-level positions

except for Store Manager, Project Specialist-Interior, and Project Specialist-Exterior.  For

applicants applying for hourly store positions, I conduct a one-on-one interview with the

candidate and evaluate the candidate based on the form and substance of the candidate's

responses.  While the Store Manager has the ultimate say as to who will be hired to any given

position, my evaluation of any candidate is influential and the Store Manager always takes my

feedback and recommendations into consideration.

7.      I frequently discuss employee development with my Store Manager and help to

determine what specialized, non-corporate mandated training employees receive in order to help

them progress professionally.  I am currently engaged in ongoing employee development

discussions with several employees designed to direct them to specialized training opportunities

in order to help them become qualified for increased leadership and other responsibilities.

8.      On various occasions in the last two to three years, I have acted as a gatekeeper

for employees being awarded "double" pay increases.  My job on those occasions was to ensure

that employees were qualified for the increases based on demonstrated exceptional job

performance.  On at least one occasion I had to counsel and instruct a manager on the proper

criteria for awarding a pay increase.

9.      When an employee at my store is reported for workplace misconduct, I am

typically responsible for conducting an investigation into the allegations and working with other

managers to determine accurately what really happened.  For example, a couple of years ago, I

conducted a workplace violence investigation into an employee's report that another employee

had thrown an apple at another employee's head.  I also approve disciplinary decisions involving

the issuance of verbal or written warnings to employees.

10.     While payroll processing is a part of my job, I only spend approximately three hours a week engaged in this sort of work.

11.     I am deeply involved in making staffing-level decisions. I team with my Store Manager and Area Human Resources Manager to determine staffing needs based on season, sales outlook, market stability, and other factors. I advise other managers on best methods for sustaining adequate staffing levels and implementing plans to meet the store's staffing goals.

12.     I occasionally participate in Saturday "Kids' Clinics." I sometimes volunteer to help out during these events when extra support is needed. I am not required to participate on any regular basis by any directive from my Store Manager or Area Human Resources Manager. I have participated in approximately two to three "Kids' Clinics" in the past year.

13.     I spend approximately 10 hours a week performing clerical functions such as processing paperwork. The amount of time I spend on this sort of activity depends greatly on season, staffing levels, recruitment efforts, and allocation of other regular store duties. I spend approximately one hour each week "walking the floor" and assisting customers on the sales floor. I will also occasionally cover cashiers' duties, but this generally only happens during the two or three busiest weekends in the year.

14.     Other than scheduled meetings and other appointments, I alone dictate my daily and weekly schedule. I have full discretion over how my day is organized.

15.     On several occasions I have worked with a Human Resources Coordinator, generally for training purposes. On those occasions, I supervised the Human Resources Coordinator's work, and he or she always reported directly to me. In general, the Human Resources Coordinator performed clerical tasks, which enabled me to focus more time on administrative work.

16.     In my position as Human Resources Manager, I regularly make decisions and take action at my own discretion.  For example, I handle employee schedule changes, I am a point of contact for employee attendance issues, I screen and interview prospective employees, I organize and direct special training courses for employees, and I conduct one-on-one training with employees, including managers.

17.     I actively participate in weekly management meetings, during which I provide information about store audits,      staffing updates, and other human resources-related issues. I also work with managers to help them manage their employees and outline plans for improvement.

18.     I participate in training meetings with other Lowe's Human Resources Managers. These are generally led by the Area Human Resources Manager.  Some of the recent trainings I have received have focused on employment eligibility verification and other legal compliance topics.

19.     I have agreed to make this statement voluntarily.  It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement.  I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April 2013, at Watertown, New York.

By: _____
MICHELLE DEROCHE

## DECLARATION OF TRACY MICHELLE DRAKE

I, Tracy Michelle Drake, declare:

1.      I am a Human Resources Manager ("HRM") at Lowe's HIW, Inc.'s ("Lowe's") in Fairfield, California.  I am over 18 years of age, have personal knowledge of facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked as a Lowe's HRM at the Fairfield, California store since November 2012.  Prior to that, I was an HRM in Vacaville, California for approximately two years.  I started my career at Lowe's as a Human Resources Coordinator in the Turlock, California store in December 2006.

3.      As an HRM, I have helped train a number of HRMs in the area, including the HRM that replaced me in Vacaville when I left, as well as two HRMs in Vallejo, California, and another HRM in Cotati, California.  When I train HRMs, I will go to their store to help them, and they will also come to my store to shadow me.  I also travel to other stores in my region to assist them with HR needs, such as helping with the hiring process.  I do this three or four times a month.  Lately, I have been working in the San Bruno store, where they currently do not have an HRM.  Because I do travel to other stores, I make sure I maintain good relationships with Assistant Store Managers ("ASM"), so that I can call them when I am away and find out what's going on in the building.

4.      I am involved in the hiring of all employees at the Fairfield store.  For all jobs at the store, I am the person that reviews all of the applications, selects the candidates to be interviewed, and interview all those applicants who make it to the interview process.  I exercise substantial influence over the hiring process, as it all starts with me.

1


EXHIBIT
A-6

5.      To hire a new employee, I post the opening in the Lowe's Career Portal. I review all applications that are submitted, then I select the candidates that will come in for interviews. For the number of positions to be hired, at least two additional people must be interviewed. For instance, if I am hiring five cashiers, I must pick seven candidates to interview. However, I have discretion to bring in more candidates than the minimum, and often decide to do that. I want to pick the most qualified candidates. There are instances when have one position to fill, but I decide to interview five or six if I believe there are that many strong candidates. That is my decision. I will partner with the ASMs or Store Manager to see how they feel about that, but ultimately, I make the choice on whether to bring in a candidate for an interview.

6.      I alone conduct the first interview for entry-level positions, and an ASM will conduct the second interview. I give the applicant a score based on my interview, as does the ASM. When the interviews are over, the ASM and I collaborate and the applicant with the highest score typically gets the job. I do not consult with the Store Manager on this. There have been instances when the applicant with the highest score does not pass the background check or drug test. At that point, I will speak with the ASM who conducted the interviews, and I can decide to offer the position to the person with the next highest score. However, if I do not believe that applicant will be a good fit, I can decide to repost the job. This is my decision. I will let the Store Manager know of my decision, and will start the interview process again. This happens regularly.

7.      When we are hiring for Department Manager and ASM positions, I will conduct those first interviews along with another member of senior management. Thus, I do have a hand in deciding who will be running the building.

2

8.      Promotion decisions work similarly to the new hire process.  Openings are posted in the Lowe's Career Portal.  I am responsible for reviewing the applications and deciding who will be interviewed.  I call the applicants selected for interviews and obtain any information I need.  With promotion decisions, I typically receive applications from employees who work at other Lowe's stores in the area.  When that happens, I often call the HRMs where the applicants work and find out any useful information.

9.      I also exercise independent judgment in store staffing matters.  For instance, my store is budgeted for a certain number of Department Managers.  If a Department Manager leaves, then I usually need to post that opening and start the interview process to fill the position.  However, there are instances when our budget has shifted and I actually have additional Department Managers on staff than we are budgeted for.  Thus, rather than conduct interviews for an open Department Manager position, I can decide to move a Department Manager from one department to another to fill that position without having to post that position.  I partner with the Store Manager on this, who usually goes along with my decisions.

10.     For Spring staffing, I partner with the Store Manager to assess our needs.  I look at the hours we will have to fill and sales fluctuations.  I give my recommendation about how many employees to hire in certain areas.  This is a collaborative process where my voice is heard, and the Store Manager and I will work together to create the hiring plan. At that point, I then take over the hiring process.

11.     I have the right to discipline employees on my own.  For instance, attendance is an issue that I cover.  When I notice that an employee is having attendance issues, then I can and do independently draft a written discipline notice for the employee.  As an HRM, I do not actually serve the discipline notice to the employee.  That is done by an ASM.  Thus, I give the

3

discipline notice to an ASM to serve it on the employee. Nevertheless, the discipline notice is coming from me. Another area I oversee is the break room, and again, I will draft discipline notices if I see any break room violations.

12.     For investigations of harassment or discrimination allegations, I partner with the Area HRM. I collect statements and draft a summary of what happened. During my interviews, I do not use a script, since each situation is different. Thus, I decide the questions to ask. These investigations are also on an "need to know" basis, thus I decide who needs to know basis. Once I've completed the investigation, I partner with the Area HRM to come up with a resolution.

13.     I decide how I structure my day. I have my desk calendar, which I use to schedule what I will be doing each day, or when I will be traveling for work. I have discretion on how day will be organized.

14.     I do delegate some tasks. For instance, as part of payroll, daily approvals for punches must be done, but I can assign that to the Department Manager of administration to handle for me. I do that often. I may also delegate to a Department Manager to handle training if I am going to be out of the store.

15.     I independently sit down with and counsel employees, including Department Managers. If I notice a poor job performance issue, I will work with the employee to help correct it. I can offer guidance or resources, or suggest training. I work with employee on my own. This happens often with me. I estimate that I independently partner with employees on a weekly basis on improvement issues.

16.     I attend various meetings throughout the month, such as a safety meeting, where I will raise HR issues; a Voice Team meetings that I facilitate' and a Focused Group meeting, which I lead. I also attend a weekly staff meeting with Department Managers and Assistant

Store Managers. For the staff meetings, I create a list of HR topics to discuss with the group, which I decide on, based on what is going on at the store. For instance, I may remind managers that the yearly review process is approaching and they need to complete their reviews, or remind a Department Manager that a certain employee needs to complete training. These are I issues that I want to raise to the group. Of course, I also independently raise issues with ASMs that need to be addressed.

17.    For the most part, employees handle their own employee benefits issue. I can teach them where to go and explain benefits options if they have questions. However, benefits are online, and employees are responsible for going into the system to make benefits requests.

18.    With respect to payroll, I ensure that payroll is completed daily, and then close out payroll every other Saturday. I am also responsible for keeping accurate payroll records. I do have an Assistant Store Manager and Department Manager of administration to assist me with payroll. Payroll is a relatively quick process. I estimate that I spend three hours a week on payroll issues.

19.    I do not spend much time on the sales floor. I estimate that I may spend an hour a week on the sales floor. When I am out there, I talk with the store employees, or if a customer asks for help, I will obviously assist the customer. But when I am on the floor, I am mainly making sure that things are getting done and that employees are doing what they are supposed to be doing.

20.    I do not participate in the Kids' Clinics at the store. My job is to facilitate them. That is, I make sure somebody at the store is handling it, usually an hourly employee. However, I do not run the Kids' Clinics or spend time at them.

21.     I have agreed to make this statement voluntarily.  It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement.  I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of April, 2013, at Fairfield, California.


By:    _____

TRACY MICHELLE DRAKE

6

## DECLARATION OF JOHN FORNARA

I, John Fornara, declare:

1.        I am a Human Resources Manager at Lowe's Home Centers, Inc. ("Lowe's") in

Raynham, Massachusetts.  I am over 18 years of age, have personal knowledge of the facts stated

in this declaration, and if called and sworn as a witness, I would and could testify competently to

them.

2.        I have worked for Lowe's since 2004.  I started as a Human Resources Manager

at Store 1618 in Weymouth, Massachusetts.  In 2006, I transferred to Store 1536 in Cranston,

Rhode Island, and a few months later I transferred to Store 1206 in Worcester, Massachusetts.  In

about 2007, I transferred to Store 1932 in Seekonk, Massachusetts.  In 2012, I transferred to my

current store, Store 1857, in Raynham, Massachusetts.  I have always held the position of Human

Resources Manager while employed by Lowe's.

3.        I currently report to Area Human Resources Manager Dawn Doherty.  Prior to

about 2012, I reported primarily to the Store Manager of my store location.

4.        I play a major role in every aspect of the recruiting and hiring process for my

store.  On some occasions, I reach out to potential applicant pools, such as local driving schools

and contacts of mine at a nearby Veterans' Affairs training office.  I alone decide which job

applicants meet minimum qualifications and which applicants to invite to the store for an

interview.  I also conduct employment interviews and evaluate candidates.  My evaluations are

highly influential in determining which candidates are ultimately hired.

5.        Although the Store Manager makes the final decision as to which candidate or

candidates will be hired, I have input in the hiring decision and provide my recommendations to

the Store Manager.  For example, I recently played a major role in the recruitment and hiring of a



EXHIBIT

A-7

Department Manager, two Cashiers, an Outside Lawn and Garden associate, an Installed Sales Coordinator, an Outside Garden associate, and an Unloader.

6.      When an employee at my store is reported for poor performance or workplace misconduct, I am responsible for conducting an investigation into the allegations—which involves, among other things, interviewing and obtaining a written statement from the complaining employee, interviewing witnesses I have identified, examining company records and other relevant evidence, and drawing conclusions, based on the evidence, as to what occurred.  If, after completing my investigation I have determined that employee discipline is warranted, then I will team with the Store Manager to determine the appropriate level of disciplinary action to be taken.  Determining the appropriate level of disciplinary action is a collaborative decision involving both the Store Manager and myself.

7.      I am responsible for working with Assistant Store Managers and Department Managers to provide specialized and focused training opportunities to store employees.  Recently, I was influential in bringing about "cross training" for employees at my store, which involved offering knowledge and skills trainings on topics traditionally reserved for only certain departments.  This special training helped employees broaden their knowledge and skills and will allow them to become a more useful and versatile resource for Lowe's customers.

8.      I am an important resource for employees looking for information about employee benefits.  When requested by employees, I provide case-by-case counseling regarding employee benefits options.

9.      I spend about five hours each week processing payroll information.

10.      I play an important role in creating staffing plans and helping to maintain adequate and fiscally responsible staffing levels at the store.  At my store, I am trusted with the

responsibility of independently generating staffing plans, which are then reviewed and finalized in collaboration with the Store Manager.

11.     I do not participate in Saturday "Kids' Clinics," nor am I expected to participate in these events. My involvement in the program is limited to supervising the Installed Sales Department in its responsibility of making sure that these events are adequately staffed and planned.

12.     I spend approximately 15 hours a week engaged in clerical work such as data entry and filing. The amount of time I spend engaged in clerical work varies depending on season, but at all times in the year the majority of my time is spent handling more demanding administrative duties, including planning, coaching, and hiring and training employees.

13.     I spend about two hours each week "walking the floor," which time is primarily spent interacting with employees on the sales floor. I perform sales associate-type work only on rare occasions, such as holiday weekends or when there is an urgent need for customer assistance and no sales associates are available to fill in. Neither I nor my Store Manager consider substituting for other positions a part of my job responsibilities as Human Resources Manager.

14.     With the exception of prescheduled management meetings and trainings, I have complete discretion over how my day is organized. Completion of my regular job duties is based on priority of tasks and my availability.

15.     I play a regular and active role in communicating important store and human resources-related information at weekly store management meetings.

16.     I have worked with Human Resources Coordinators, as well as appointed clerical assistants, in the past, for several weeks at a time. During these periods, I supervise the work performed by the HRC or assistant.

17.     I have agreed to make this statement voluntarily.  It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement.  I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of April 2013, at Raynham, Massachusetts.


By:  _____
        JOHN FORNARA

## DECLARATION OF LOWELL KLASSERT

I, Lowell Klassert, declare:

1.      I am a Human Resources Manager ("HRM") at Lowe's HIW, Inc.'s ("Lowe's") in Roseburg, Oregon.  I am over 18 years of age, have personal knowledge of facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked as a Lowe's HRM since May of 2010.  I have spent the entirety of my tenure with Lowe's as an HRM in Lowe's Roseburg store.  Throughout that time, however, I have worked with two different Store Managers and three different Area Human Resources Managers ("AHRMs"), each with their own management styles, personalities and proclivities (as will be discussed more fully below).

3.      In my role as the HRM, I am heavily involved in the hiring process and play a critical role in fulfilling the needs of the store's personnel.  Our particular store is busiest during the Spring and Summer months.  As a result, I will start formulating a hiring plan in January in partnership with my Store Manager, Greg Gardner.  Together, we will decide how many individuals we need to hire for the year, what positions those individuals will fill and whether those positions will be full-time, part-time or seasonal.  For example, in this year's hiring plan, we came up with twenty-two positions, including a new seasonal position in plumbing that we had created.  All of those staffing decisions will be based on our joint assessment as to the needs of the store (for example, hiring more individuals in departments where there have been spikes in sales), as well as budgetary and logistical concerns.  In this respect, Greg is far more deferential to me than my prior Store Manager, Rob Strop, who took the lead on preparing the hiring plan. With Greg, on the other hand, we work as a partnership, and we complement each other well because he understands and respects my areas of expertise, and I understand and respect his areas of expertise.  For example, for this year's staffing plans, I suggested that we use seasonal workers instead of part-time workers as cashiers, front-end loaders and building loaders.  That

1



way, we could test out the workers without committing to hiring them on as part-time workers. Greg agreed, and we incorporated my idea into our hiring plan.

4.     After we prepare our plan, I will post job openings (the number of job openings I will post for positions is something I generally will decide). I then will print out a list of applicants and look to see if they have relevant experience. Based on that preliminary review (which I alone conduct), I will narrow down the list of applicants to a smaller pool. I then will call individuals within that pool and conduct a preliminary screening interview, during which I will have the applicants walk through their application with me, as well as explain to them the job requirements and description. I will use this pre-screening process to narrow the number of applicants down to three people (which is the minimum number of applicants required to be formally interviewed and assessed under Lowe's hiring policy), but sometimes I will decide to bring in more applicants for further interviews. For example, this past February, I needed to replace a plumbing pro and a plumbing specialist. Both of those positions are highly specialized and therefore difficult to fill. As such, I brought in approximately five candidates for each position, rather than the Lowe's recommended minimum. In the end, the number of persons called back for an in-store interview is determined solely by me based on my initial assessment of the applicant's background, my preliminary telephonic screening interview and my assessment as to the difficulty and need to fill that position promptly. This phase of the hiring process -- and all the decisions made therein -- is conducted entirely by myself with no outside input.

5.     In fact, I will not bring in another manager until I have completed all of the foregoing steps by myself. At that point, once I have decided who to call back for an in-store interview, I will select an Assistant Store Manager ("ASM") to conduct in-store interviews and to rate and assess those applicants. I generally use the same ASM, Shane Russell, to conduct in-store interviews with me, as we generally work well together, and I prefer to use a single manager for consistency purposes. For lower-level positions, we will interview the applicants

2

separately. For higher-level positions, we will interview the applicants together. For the lower-level applicants, I generally will interview and rate the applicants first. And if I rate them poorly, I will not even have Shane meet with the applicant. Thus, I make the decision to reject an applicant even before he/she meets with another manager. But in those instances where we both interview the applicant, we each will rate the applicant on a number of subjective criteria, and the applicant receiving the highest score will get the job. Thus, we equally decide who will ultimately get hired. Sometimes, however, multiple people will interview for many of the same positions. In those cases, I will take some of the applicants who did not necessarily score the highest out of the group of total applicants interviewing for the various open positions, and I nonetheless will slot them into various other open positions for which they applied (so long as they scored the highest out of the remaining applicants that interviewed for the position). In that respect, I directly decide who will be hired for what position.

6.     Overall, I also decide how to prioritize with respect to execution of the hiring process. For example, based on my experience and knowledge of the store's needs and business, I know that certain positions, particularly full-time positions, will need to be filled as soon as possible. On the other hand, I may decide to push back on the hiring of certain seasonal positions, which are lower-priority hires. For example, I recently had to decide whether to focus the store's efforts on hiring a seasonal flooring associate or a seasonal outside garden associate. I decided to focus on the latter and to push back efforts on the former, given my assessment of the store's needs.

7.     In terms of performance evaluations, I essentially oversee the process for the store's STAR reviews (Lowe's written evaluation process). Not only will I stay on top of other managers to ensure that they timely complete their evaluations, I also will ensure that the managers provide meaningful feedback for the employees they are evaluating. For example, after an ASM submits his/her completed evaluation to me, I will review it and ensure that the feedback is in-depth and meaningful. And if it is not, I will send it back to the ASM to provide

3

have him/her provide more.  I do this a lot less now than when I first started, as the ASMs now are much better at evaluations than when I began at the store.

8.       With respect to disciplinary actions, I generally advise and counsel other managers who have issues with their employees, and I will oversee the process to ensure fairness, consistency and compliance.  For example, sometimes a manager will approach me, stating that he/she wishes to write up an employee.  At that point, I will ask the manager if he or she has spoken with the employee about the issue in the past, whether the conversation has been documented and whether there is any evidence of the employee's misconduct.  If the manager says "no," to the foregoing, I will tell the manager that he or she does not have enough to write the employee up.  And no one has ever pushed back on me when I have done so.  In that sense, I have had input and  prevented employees from being written up.

9.       The amount of time I spend on paperwork varies greatly day-to-day.  There are days when I won't spend any time on paperwork, because I will be focusing on other things that need to get done.  Other times, paperwork can take up to 30 percent of my time.

10.      I also spend a significant amount of my time researching store policies and analyzing HR issues that are presented to me.  For example, one of our employees recently approached me requesting bereavement pay in connection with his recently deceased uncle.  I needed to research Lowe's policy on bereavement pay to determine whether that situation qualified for bereavement pay.  Given Lowe's extensive policies on various HR issues, I regularly need to research those policies to advise and counsel others within the store and to ensure that everyone, including other managers, are fully compliant.

11.      There is no "typical" day for me.  I do not work off of a checklist, and no one tells me how to structure my day.  I prioritize tasks on my own based on my own assessment of the store's needs, and I will set up reminders for myself in my Outlook calendar and on a paper calendar that I refer to on a daily basis.

4

12.     While I do interface with an AHRM, to whom I directly report, I am the sole HRM within the store. Nonetheless, each of the three AHRMs with whom I have worked while at Lowe's has varied greatly in their management styles and personalities. Keith, for example, was very hands on and "to the letter." For example, while I worked with Keith, I would spend more time on paperwork, because Keith was specific in what information he wanted and would request numerous changes and edits. Keith also would want to weigh in and approve a lot of things. Christie, on the other hand, was far more hands-off. The current AHRM with whom I work, Melissa Toney, is somewhat of a blend of both. With me, however, Melissa is considerably hands-off, given that I have a proven track record of good results with her. Moreover, Melissa currently oversees a number of new HRMs with far less experience than myself. Accordingly, Melissa focuses her efforts on those less-tenured HRMs, leaving me with far more freedom and discretion to run operations within my store as I see fit.

13.     In fact, Melissa has asked me to mentor another HRM in our Redmond, ~~Washington~~ OREGON store. As part of that mentoring process, in addition to frequently fielding questions from my mentee, I also will have set agendas that I will go through with my mentee covering a variety of topics aimed to making her a better HRM.

14.     Every Tuesday, I participate in a store management meeting (attended by managers only), where I will present monthly HR chats covering a variety of human resources issues.  While Lowe's Corporate will generate topics for those chats, I will tailor them to my own style and to suit my particular store.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of April, 2013, at Roseburg, Oregon.


By: _____
    Lowell Klassert

## DECLARATION OF CHASE LIVELY

I, Chase Lively, declare:

1.       I am the Human Resources Manager ("HRM") at Lowe's Home Centers, Inc. ("Lowe's") in Mesquite, Texas. I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.       I have worked for Lowe's since 2007. I was initially hired as a Human Resources Coordinator ("HRC") at the Lowe's in Lubbock Texas. After I graduated from Texas Tech University in May 2009, I moved to Dallas and was promoted to the Human Resources Manager ("HRM") position at the East Fort Worth Lowe's. I worked there until approximately ~~July~~ May of 2010, when I transitioned into the HRM role at the South Dallas Lowe's. Then, in July 2011, I became the HRM of the Mesquite Lowe's. For the past two weeks, I have been covering both the Mesquite and South Dallas stores because the current South Dallas HRM is out on leave.

3.       In approximately February 2012, I began reporting to the Area HRM ("AHRM"). Before that, I reported to the Store Manager ("SM"). Although I do not report directly to the SM, we have a good working relationship and I consider him my "business partner." We resolve the store human resources ("HR") issues that come up using the best interest of Lowe's as the basis for our decisions. In fact, the SM has such faith in me that he often trusts me to make these HR business decisions even in his absence.

4.       As an HRM, I decide how to structure my day. Although I usually have an idea of what I would like to accomplish, the employees and store events determine what I do each day and when I do it. No one tells me what to do—they trust me and know that I will get my job done.

1



5.      This region has a very strong team of HRMs and we rely on each other frequently. For example, other HRMs call me to get my opinion on situations at their store, and I call them when I need advice. For example, the HRM at the ~~Carrolton~~ <sub>W. Plano</sub> Lowe's is an expert in benefits; if I have a benefits question, I call him. We all work together to ensure we are acting in Lowe's best interest at all times.

6.      As an HRC at the Lowe's in Lubbock, I did mostly administrative type work. Specifically, I reviewed attendance reports, put together files, organized orientation paperwork, assisted in conducting new-hire orientations, and did anything I could to help the HRM.

7.      During the last portion of my tenure at the Lubbock store, the HRM began training me for the transition from the HRC role to the HRM role. She taught me how to interview applicants, evaluate applications, analyze corrective action scenarios, and prepare write ups, as well as other skills necessary to be a HRM for Lowe's.

8.      As an HRM at the Mesquite Lowe's, a big part of my job includes interviewing and hiring employees. I post all open positions for approximately five days. After that time, I review the applications for completeness, and then analyze the work history, tenure, and availability of the applicants. Then, I select the most qualified applicants and call them in for interviews. Typically, I interview two more people than the number of jobs posted, meaning that if I post one position, I will interview three applicants.

9.      If the Assistant Store Manager ("ASM") is available, he or she may help me select the most qualified applicants, but generally I decide on my own who to interview and, ultimately, the responsibility for selecting candidates and scheduling interviews is mine.

10.      For example, I posted an outside garden position and received an application from one applicant who had owned her own landscaping company and another from another applicant

2

who worked in a nursery. Both candidates completed their applications and had previous experience in gardening, so I decided to invite them both in for interviews.

11.     After I have selected the best three candidates, I conduct the first interview on my own. I ask each candidate the same interview questions and rate their answers. In rating each answer, I use the examples Lowe's provides as well as my own judgment to determine which rating an applicant's answer receives.

12.     After my interviews are complete, an Assistant Store Manager ("ASM") will interview the candidates who received higher than the minimum ranking, and, again, rank the candidates on the answers they provide to the ASM. The SM may sit in on these interviews as well, if he is available. We will offer the job to the candidate with the highest combined ranking.

13.     In general, the beginning salary for a new employee is set in accordance with the Lowe's recommended rate of pay. Occasionally, however, I notice that an employee has an exceptional skill—being bilingual for example. In that case, I may recommend to the SM that we bump that individual up to the next pay level. Because the SM trusts my judgment, he usually agrees and allows me to make the salary adjustment I recommended.

14.     Because the spring is a busy season for Lowe's, we have to hire more employees to meet the demand. To prepare for spring hiring, I create a staffing plan and then discuss my recommendations with the SM. Because he trusts me, usually he adopts my recommendations and gives me the go ahead to start the hiring process. At the end of the season, I work with the SM to determine whether any layoffs are necessary and we make the decision together.

15.     Another part of my job involves coordinating the performance review process. I ensure that both employees and ASMs complete the reviews in a timely manner. I also review the resulting salary increases for fairness. For example, I noticed that an employee on final

3

notice received a 4 percent salary increase when a high-performing employee received only a 2 percent increase in salary. I brought this to the SM's attention and recommended the percentages be adjusted to reflect performance. The SM agreed and the change was made.

16.     I also spend approximately 3 hours per day on the sales floor coaching and working with employees. I am very comfortable on the floor and believe that I can make Lowe's better if I spend part of my day identifying areas where employees can improve customer service. For example, if I notice that an employee has left a palate in an aisle, I will speak with the ASM about training on that issue to help the employee perform better and provide a better overall experience to Lowe's customers.

17.     Scheduling is also a big part of my job. I work with all the managers to ensure the scheduling covers the minimum hours and is on budget with payroll. Then, I make adjustments based on weekly needs of the store I have identified, such as holidays, weather, and other considerations. This is part of the payroll process. When I inform the SM that we need to cut hours or revise schedules, he supports my decision because he trusts that I am making changes that are in the store's best interests.

18.     I see it as my job as the HRM to be the person that employees come to when they have problems. In my role as a HRM, I identify issues and develop strategies for helping with employee retention at the store.

19.     While I am involved behind the scenes, I do not discipline employees directly because of Lowe's open door policy. I participate in the fact-finding part of any investigation by interviewing witnesses and taking statements to find out what happened. I also work with the ASMs in preparing any necessary written documentation of the incident. I do not, however, sit in on the disciplinary meetings with the employees.

20.     When I conduct investigations, I decide what questions to ask and who to talk to.
Typically, I let the witness talk and try to find out the five Ws – who, what, when, where, and
why. Then, I interview anyone else that witness may have identified as having some knowledge
of what happened. Because of our business partner relationship, the SM trusts me to report the
results of my investigation accurately, and will usually support me in whatever recommendation
I make.

21.     For example, an ASM in South Dallas came to me and told me an employee had
falsified documents with her name on them and wanted the employee terminated. I conducted an
investigation and determined that the SM had given the employee permission to complete the
documents, but the employee  accidentally used the ASM's name rather than the SM's name.
Because of my investigation, I determined the situation warranted coaching, not termination.

22.     In performing my job, I use my experience and knowledge of Lowe's policies to
determine what level of discipline, if any, is warranted based on exactly what happened. I also
try to be consistent in determining how much discipline is necessary so that I treat all employees
fairly.

23.     As the HRM, part of my job includes terminating employees. In this role, I work
with the SM as my business partner to make sure we are making the decision that is in the
company's best interest.

24.     For example, I have initiated terminations when my records demonstrated that the
employees were stealing time from Lowe's. It does not happen often, but it has happened.

25.     I also attend weekly manager meetings and HR chats where I update the managers
on important HR and training issues I have identified. During these meetings, I often use

examples of behavior I witnessed on the sales floor the prior to week to bring issues to their attention.

26.     While I do present HR information that Lowe's asks me to at these meetings, I also decide on my own what real-life examples I want to use from the store to enhance the managers' understanding of how to handle employee issues.

27.     Another part of my job is working with employees and the SM for personal leave and other accommodations issues.  While major issues are decided by corporate, if an employee comes to me and tells me their foot is hurting that day, I will likely allow them an accommodation without seeking assistance from corporate.

28.     I am aware of Lowe's tuition reimbursement and scholarship policies and I know of another HRM who used these resources to obtain his master's degree.

29.     I have agreed to make this statement voluntarily.  It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement.  I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of April 2013, at Mesquite, Texas

By: _____
                    CHASE LIVELY

6

## DECLARATION OF PERLA GRACIELA MEDINA

I, Perla Graciela Medina, declare:

1.    I am a Human Resources Manager ("HRM") at Lowe's HIW, Inc.'s ("Lowe's") in Modesto, California. I am over 18 years of age, have personal knowledge of facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.    I have worked as a Lowe's HRM since May 2008, when I was promoted from the Human Resources Coordinator position in Modesto to the HRM position at Store #1545 in Stockton, California. From there, I transferred back to the Modesto store in June 2010, where I currently work as an HRM.

3.    I organize my own schedule each day. I do not have a worklist or checklist from Lowe's setting out my duties. I determine how I want to schedule my work day. I recently bought a day planner so that I can keep track of the schedule I create and so that I do not overbook myself. For the past several months, I have been heavily involved in the hiring process, and I set my schedule so that I can block time to address hiring process needs and to avoid double-booking myself.

4.    Regarding the hiring process, I post job openings in the Lowe's Career Portal. I then go through applications that are submitted and select the top candidates to interview. For instance, for hourly positions like cashiers, I review the applications and typically look for candidates with relevant experience or who have worked in a retail environment. I conduct this initial screening and I decide who will be considered for an interview.

5.    If we are hiring five cashiers, I need to bring in at least seven candidates to interview because, under Lowe's policy, we interview at least two additional people for the number of positions to be filled. Thus, if we are hiring one employee, we interview three.

1



However, I have decided to bring in more applicants to interview than is recommended. That is my decision. For certain positions, such as sales specialists or Assistant Store Managers, I will partner with the Store Manager, Richard (Rick) Christman, on the applicants to bring in for interviews. Thus, for these positions, I will identify the top candidates from the applications, show them to the Store Manager, and then he can choose the top three to interview. However, I do make the initial decision on who to present to Rick for consideration.

6.     As for the other positions, I make the determination as to which candidates to bring in for interviews, and I conduct the first interview. After I conduct the first interview, I score the candidates based on my responses to their answers. The candidates then have a second interview with the Assistant Store Manager for whom they would work. However, not all candidates receive a second interview. I have the authority to not push a candidate through depending on the responses I receive during my interview of the candidate. The questions I ask in my interview are typically based on scenarios, and I want to judge the applicant's response to see how he or she would handle a situation. For example, one candidate was not prepared and did not have any answers. Based on my grade of his interview, he did not obtain the minimum score to be passed on for a second interview. Thus, he was eliminated from consideration after one interview because of my assessment.

7.     After the first and second interviews are completed, I add up the scores of the candidates, and the highest scored candidate typically receives the job. However, that is not always the case. Some candidates may interview really well and obtain the highest score, but the Assistant Store Manager and I discuss the scores and agree to select a lower-scored candidate who has more relevant experience. This has happened. For the most part, however, the candidate with the highest score does obtain the job.

2

8.      Before calling the successful applicant, I will let the Assistant Store Manager know who we are hiring.  We are almost always on the same page, as our interview scores are typically the same.  However, if the Assistant Store Manager and I have different opinions on candidates, I will explain why I scored one candidate higher than the other, we will discuss the two candidates, and then we will mutually agree on who to hire.  This has happened a few times, where the candidate I preferred was hired after I explained my reasoning.

9.      Promotion decisions work similarly to hiring decisions.  I post the open position in the portal.  If the opening is for a full-time position, then I receive a lot of applications, both from our store and from other Lowe's stores, as well as external applications.  Again, it is my job to initially screen all of the applications and select the best of the best for interview consideration.  I then take those applications to the Store Manager and, together, we pick the top three candidates to interview.

10.     Overall, I am very involved in store staffing because I am in responsible for posting all open jobs and promotion opportunities.  Further, the Modesto store has an authorized headcount.  If I notice that we are understaffed in a certain position, I can tell the Store Manager that I need to post for an open position so that we can meet the headcount, which I will then do in partnership with the Store Manager.

11.     For our mass hiring in the Spring, the Store Manager and I prepare a staffing plan so that we will have enough employees starting in March.  Rick and I begin preparing this plan in January.  We have discussions as to the store's needs and may have a disagreement.  For instance, Rick may state that he wants to hire ten new cashiers as part of the plan.  I have responded by telling him that we do not need that many new cashiers, and we should either hire

only eight, or hire five now and wait to hire five more later. I make my recommendations, which Rick considers and may agree with them, which he has done in the past.

12.     Last year, we hired over twenty seasonal employees for the Spring and Summer. Rick and I planned to end these seasonal employees' term by a certain date in July. Rick suggested a date, but I noticed that if we ended the seasonal term on a pay day in July, that would make it easier administratively. Rick agreed with me and made that pay day the end of the seasonal employment for last year.

13.     I am involved in the discipline process at the Modesto store for HR-related issues, such as discipline related to attendance or insubordination. In those instances, the Assistant Store Manager who wants to discipline the employee explains the situation to me. I will evaluate the situation and give my recommendation. For instance, I have had Assistant Store Managers tell me they want to give an employee a final warning for insubordination, which is one step away from termination. I investigated the situation and, based on what I learned, I recommended that the discipline be deemed uncooperative behavior, as opposed to insubordination, and result in a "written" warning, which is less severe than a final. The Assistant Store Manager listened to my recommendation and agreed with me.

14.     I definitely get involved in investigations involving harassment or discrimination, although those have not happened very often during my time as an HRM. When I do participate in harassment or discrimination investigations, I select the people to interview, which includes the victim, alleged harasser, and any witnesses. I limit the number of people I talk to so that the investigation remains confidential, but I can decide to expand the investigation based on what I learn during my interviews.

4

15.     I attend a number of meetings, including a weekly staff meeting, which is attended by myself, Department Managers, Assistant Store Managers, and the Store Manager. There is also a monthly safety meeting and a monthly Voice Team meeting I attend. The same individuals attend those two meetings. I also initiate a Focus meeting once a month. For this meeting, I select five or six employees from the sales floor to attend, where they raise store issues or concerns. I then work to identify solutions. I decide when this meeting happens, what time, and which hourly associates will attend. There have been times when I have scheduled the Focus meeting but I decide to reschedule because I do not have time to conduct the meeting.

16.     I have agreed to make this statement voluntarily. It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement. I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April, 2013, at Modesto, California.

By: _____
PERLA GRACIELA MEDINA

5

## DECLARATION OF ROBERT MIZE

I, Robert Mize, declare:

1.      I am the Human Resources Manager ("HRM") at Lowe's Home Centers, Inc. ("Lowe's") in McKinney, Texas.  I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked for Lowe's since October 25, 2004.  I started in the Store Manager Training Program in Longview, Texas.  I trained there until June 2005, when I began working as the Store Manager ("SM") for the Lowe's in Billingham, Washington.  After serving in the SM role for approximately one year, I decided that I would prefer the Human Resources Manager ("HRM") position and transitioned into that role in approximately May 2006.  Then, in September 2007, I returned to Texas and served as the HRM who opened the McKinney Lowe's. I have been at this store ever since.

3.      Currently, I report to the Area HRM ("AHRM").  Before that, I reported to the SM.  Although I do not report directly to the SM, we have a good working relationship.  We make decisions by mutual agreement.  I believe that, because of my experience and the fact that I am a member of the senior management team, the SM trusts me and trusts my judgment.  In fact, the SM often asks me for, and follows, my advice.

4.      As an HRM, I decide how to structure my day.  Although I usually have an idea of what I would like to accomplish, the employees and store events determine what I do each day and when I do it.  No one tells me what to do—they trust me and know that I will get my job done.

1



5.     A big part of my job includes interviewing and hiring employees. I post all open positions on the Lowe's Career Portal ("LCP"). Then, I review the applications and decide which candidates I want to bring in for an interview. In making this decision, I consider the applicant's availability, retail experience, salary expectations, assessment score, and location.

6.     During an initial interview, I ask the applicants the questions on the Lowe's interview guide and rate their answers based on how they answer the questions. In addition to the form questions, I also ask applicants questions I decide on independently to try to get a sense of their prior experience and whether they would be a good fit for Lowe's.

7.     If I believe the applicant would be a good fit for the open position and the applicant earned higher than the minimum ranking, I will bring in the SM or Assistant Store Manager ("ASM") to complete the second half of the interview. I have the autonomy to determine whether an applicant moves to the second phase of the interview process. In terms of applicant hiring, my scores are added with the scores from the SM or ASM to determine which applicant should be hired for the position.

8.     I believe, as an HRM, it is my responsibility to assist employees. I try to identify opportunities to help employees improve and become better Lowe's employees.

9.     Because the spring is a busy season for Lowe's, we have to hire more seasonal employees to meet the demand. To prepare for spring hiring, I create a staffing plan and then discuss my recommendations with the SM. Because he trusts me, usually he adopts my recommendations. At the end of the season, I work with the SM to decide whether downsizing is necessary, and if so, which employees should be included in this process. I believe that I am included in all staffing decisions made in our store.

2

10.     Another part of my job involves coordinating the performance review process. I ensure that both employees and ASMs complete the reviews in a timely manner. Additionally, I collaborate with the SM in making decisions as to whether an employee should receive a raise, or whether the raise should be postponed or eliminated due to employee performance issues.

11.     For example, if an employee has received multiple recent write-ups, I may recommend that the employee's raise be postponed for 90 days to see if the employee's performance has improved and returned to the level Lowe's expects.

12.     I also spend approximately 2 hours per day on the sales floor walking around and talking to employees. While I assist customers while I am on the floor, my main focus is the employees. I want the employees to know I am here for them, so I believe it is important for me to be visible—especially to the sales floor employees. Employee morale is very important to the store and I want to do everything I can to make sure morale is as high as possible.

13.     When I am on the floor, I do not operate cash registers or substitute for absent employees.

14.     While I am involved behind the scenes, I do administer written disciplinary actions directly to employees. My door is always open, and I want employees to come to me if they want to share their side of the story.

15.     I will, however, correct an employee if I witness them violating a policy. For example, if I see or hear about an employee parking in the wrong space or entering the store through the wrong door, I will verbally correct them and remind them of the rules. Like any other manager, I feel it is my responsibility to make sure employees are doing what they are supposed to do and correct any noncompliant behavior. I will also initiate disciplinary actions— by partnering with an ASM—if I notice any attendance issues.

3

16.     I also provide advice to ASMs who have issues with employees and walk them through how to handle situations.  For example, if an ASM complains about an employee and wants to fire them, I will find out what happened, review the file, and then instruct the ASM on the proper level of discipline, which frequently is something less than termination.  It is my job to make sure the ASMs deal with all situations logically, consistently, and fairly.

17.     I am the only person at the store who conducts investigations into non-theft related incidents involving employees.  I interview witnesses and take statements to learn the facts.  When I conduct investigations, I decide what questions to ask and who to interview.  My goal in the process is to find out what happened.

18.     Typically, I will notify my AHRM of the investigation so she is aware of what is going on at the store.

19.     For example, if I hear of two employees fighting, I will open an investigation file, and conduct the investigation, including taking statements from all witnesses I have identified, as well as the individuals involved in the altercation.  Based on the information I receive, I will determine the appropriate level of discipline, if any.  If I determine termination is necessary, I will communicate my recommendation to the AHRM and she will generally accept my recommendation.

20.     Then, I will share the investigation and results with the SM so that he knows what happened.  The SM is not involved in the investigation at the time it is occurring.

21.     I decide what level of discipline to give to an employee, aside from terminations. Specifically, I decide whether the employee's behavior warrants any discipline, and if so, whether it should be written up as an initial, written, or final notice.

4

22.     As the HRM, I believe it is my responsibility to develop employees. I enjoy working with employees to help them reach their highest potential and move forward in their career progression with Lowe's. Specifically, I help employees set goals and identify areas of training that would help them prepare for the next step up. I want to encourage every employee in the store to be the best they can be and I am willing to help them in any way that I can.

23.     I also attend weekly manager meetings and HR chats where I update the managers on important HR and training issues I have identified. During these meetings, I often use examples of behavior I witnessed on the sales floor or have heard about through other HRMs to bring potential issues to their attention.

24.     While I do present HR information that Lowe's asks me to at these meetings, I also decide on my own what real-life examples I want to use from the store to enhance the managers' understanding of how to handle employee issues.

25.     I also see my role as an advisor to senior management. For example, if the SM comes to me and wants to make some lateral moves, I will discuss the situation with him and provide my advice an opinion. Because of our good relationship, the SM usually takes my advice because he knows I am acting in Lowe's best interest.

26.     I have also traveled to other stores in the area to help train on human resources issues and mentor and train other HRMs. When I mentor an HRM, that person will come to my store for a few weeks and observe me, and then I will go to their store and help them get set up. I am always available and willing to help other HRMs, and will provide mentorship as long as they are interested in receiving it.

27.     Another part of my job is working with employees and the SM for personal leave and other accommodations issues. While major issues are decided by corporate, if an employee

5

comes to me with a short term issue (i.e. crick in neck), I will determine the proper accommodation, if any, to provide the employee.

28.     Another part of my job is just being here for employees.  They come to me with various issues and I have to use my judgment to determine how to handle each and every situation that comes up on a daily basis.

29.     Lowe's provides a lot of training for HRMs and even provides access to training to become a member of a professional HR organization.  I am also aware of Lowe's tuition reimbursement and scholarship policies although I have not used them.

30.     I have agreed to make this statement voluntarily.  It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement.  I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of April 2013, at McKinney, Texas

By:  _____
                    ROBERT MIZE

## DECLARATION OF JUSTIN NAPLES

I, Justin Naples, declare:

1.      I am a Human Resources Manager at Lowe's Home Centers, Inc. ("Lowe's") in Bedford, New Hampshire.  I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked for Lowe's since 2007.  I started as a Department Manager at Store 2391 in Nashua, New Hampshire.  In February 2010, I became a Human Resources Manager and transferred to Store 2392 in Hooksett, New Hampshire, and a few months later I transferred to Store 2617 in Concord, New Hampshire.  In about April 2012, I transferred to my current store, Store 1907 in Bedford, New Hampshire.  In my current Human Resources Manager position, I am a full-time salaried employee.

3.      I currently report to Area Human Resources Manager Rob Howland.  Prior to about 2012, I reported primarily to the Store Manager of my store location.

4.      I play a major role in every aspect of the recruiting and hiring process for my store.  On some occasions, I reach out to potential applicant pools, such as local employment agencies, educational institutions, and contacts of mine at local community organizations.  For most hourly employment positions, I alone decide which job applicants meet minimum qualifications and which applicants to invite to the store for an interview.  I also conduct employment interviews and evaluate candidates.

5.      In some situations, I will exercise discretion to remove a candidate from consideration for a position based on the candidate's responses during our one-on-one interview.



EXHIBIT

A-12

ALL-STATE LEGAL®

6.      My evaluations are highly influential in determining which candidates are ultimately hired.  For example, a few months ago I played a major role in the recruitment and hiring of a Department Manager at my store.  This season, I have been instrumental in the hiring of at least 20 seasonal employees, primarily Cashiers and Customer Service Associates.

7.      When an employee at my store is reported for poor performance or workplace misconduct, I am responsible for conducting an investigation into the allegations—which involves, among other things, interviewing and obtaining a written statement from the complaining employee, interviewing witnesses I have identified, examining company records and other relevant evidence, and drawing conclusions, based on the evidence, as to what occurred.  After completing my investigation, and if disciplinary action is warranted, I coordinate with store management to issue a warning notice to the employee or employees.

8.      For most performance problems and company policy violations that do not warrant disciplinary action more severe than an initial or written warning, I am able to handle both the investigation and disciplinary action at the store level without involving the Store Manager or Area Human Resources Manager.

9.      If the alleged misconduct is particularly severe or unique in nature then I consult with the Area Human Resources Manager to deal with the situation.  After completing my investigation, and if disciplinary action is warranted, I make a recommendation to the Area Human Resources Manager, who will work with me to determine the appropriate course of action to take.

10.      I am responsible for working with Assistant Store Managers and Department Managers to provide specialized and focused training opportunities to store employees.  Recently, I have been engaged in an effort to organize, schedule, and lead special training for store

employees for the purpose of helping to generate sales leads for our store's Project Sales Specialists. I also conduct monthly focus group meetings and review employee opinion surveys to determine what type of training will be of most assistance to employees in making them more knowledgeable about company policies, store products, and information resources.

11.     I am an important resource for employees looking for information about employee benefits. When requested by employees, I provide case-by-case counseling regarding employee benefits options.

12.     I spend about two to four hours each week processing payroll information, including correcting declined punches and closing payroll.

13.     I play an important role in creating staffing plans and helping to maintain adequate and fiscally responsible staffing levels at the store. At my store, I work with the Store Manager to generate staffing plans, which are reviewed by the Area Human Resources Manager.

14.     I do not participate in Saturday "Kids' Clinics," nor am I expected to participate in these events. My involvement in the program is limited to supervising certain Installed Sales employees in their responsibility of making sure that these events are adequately planned.

15.     I spend approximately 15 hours a week engaged in clerical work such as data entry and filing. The amount of time I spend engaged in clerical work varies depending on time of year and store size, but at all times in the year the majority of my time is spent handling more demanding and decision-driven administrative duties, including planning, coaching, and hiring and training employees.

16.     I spend about five hours each week "walking the floor," which time is primarily spent interacting with employees on the sales floor. I perform sales associate-type work only on rare occasions, such as holiday weekends or when there is an urgent need for customer assistance.

17.     With the exception of prescheduled management meetings and trainings, I have complete discretion over how my day is organized.  Completion of my regular job duties is based on priority of tasks and my availability.

18.     I play a regular and active role in communicating important store and human resources-related information at weekly store management meetings.

19.     I have experience with being mentored by another Human Resources Manager more experienced than myself.  The formal mentoring I received took place during my initial training as a Human Resources Manager at Store 2322 in Guilford, New Hampshire, in 2010.

20.     As a Human Resources Manager, I have been provided with several significant training opportunities that have expanded my knowledge of human resources-related information and provided me with valuable skills in my position.  For example, last year I was invited to attend a human resources conference in Syracuse, New York.  In 2010 I also attended another conference where I was given special situational leadership training.

21.     I have agreed to make this statement voluntarily.  It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement.  I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of April 2013, at Bedford, New Hampshire.


By: _____
     JUSTIN NAPLES

### DECLARATION OF GAYLEN OTTER

I, Gaylen Otter, declare:

1.      I am a Human Resources Manager at Lowe's Home Stores, Inc. ("Lowe's) in Auburn, New York. I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked for Lowe's since September 1996. I started as a Training Coordinator at Store 561 in Auburn, New York. In early 1997 I was reassigned to a Personnel Training Coordinator position. During the period of 2007 to 2009, I served as Area Human Resources Manager, covering a portion of northern New York. In 2009 I returned to Store 561 as Human Resources Manager, which position I have held to present day. In my Human Resources Manager position, I am a full-time salaried employee.

3.      I currently report to Area Human Resources Manager Julie Rogers. Prior to 2012, I reported primarily to Store Manager Shawn Hubbard.

4.      I play a major role in recruiting new employees to fill open store positions. I alone decide which job applicants to invite to the store for an interview. I also conduct employment interviews and evaluate candidates. My evaluations are highly influential in determining which candidates are ultimately hired.

5.      Although the Store Manager makes the final decision as to which candidate or candidates will be hired, my recommendations are always valued and considered by the Store Manager.

6.      When an employee at my store is reported for poor performance or workplace misconduct, I am usually singly responsible for conducting an investigation into the allegations



and drawing conclusions, based on the evidence, as to what occurred. If after completing my investigation I have determined that employee discipline is warranted, then I will determine the appropriate level of disciplinary action to be taken and make a recommendation to either the Store Manager or the Area Human Resources Manager.

7.     I am responsible for working with Assistant Store Managers and other supervisors to provide specialized and focused training opportunities to store employees. For example, I recently worked with a Department Manager to encourage special "rekeying" (making copies of keys) training to be administered to his department employees.

8.     When requested by employees, I provide case-by-case counseling regarding employee benefits options. As needed, I occasionally provide employees information about the benefits and drawbacks of certain benefits elections.

9.     I spend approximately five to six hours each week processing payroll information. My time involvement in this task over the past several years has been largely dependent on the involvement of Store Managers and Assistant Store Managers in the handling of these tasks.

10.    Because of my strong and longstanding relationship with the Store Manager, I am given significant responsibilities and discretion in the formulation of staffing plans, particularly the store's annual Spring Staffing Plan. The Store Manager relies on my years of experience creating staffing plans and observing market trends to forecast staffing needs and plan reductions or more aggressive hiring in anticipation of recurring trends.

11.    I do not participate in Saturday "Kids' Clinics," nor am I expected to participate in these events. Participation in Kids' Clinics, including the task of ensuring that these events are adequately staffed, is assigned to an Assistant Store Manager.

12.     I spend very little, if any, time each week "walking the floor" and fielding customer questions, particularly during the spring hiring season. I do not substitute for sales associates or cashiers.

13.     With the exception of prescheduled management meetings and trainings, I have complete discretion over how my day is organized. Completion of my regular job duties is based on priority and my availability.

14.     Overall, I am very involved in store operations, largely due to my long tenure as a Human Resources Manager and my good relationship with my Store Manager. I also play a significant role in organizing and encouraging employee professional development.

15.     I have agreed to make this statement voluntarily. It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement. I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of April 2013, at Auburn, New York.

By:   _Gaylen Otter_____

GAYLEN OTTER

### DECLARATION OF DELIA REVOLLERO

I, Delia Revollero, declare:

1.      I am a Human Resources Manager ("HRM") at Lowe's HIW, Inc.'s ("Lowe's") in Turlock, California. I am over 18 years of age, have personal knowledge of facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked as a Lowe's HRM for over eight years, starting with the store in Merced, California, where I worked as an HRM for six years. I then moved to the Turlock store, where I have been the HRM for two and a half years.

3.      I have absolute discretion when planning my work day. I will have meetings and conference calls, for instance, that I put on my calendar and participate in. However, my days can be very hectic and I have to prioritize the things I want to accomplish that day. If I do not want to spend time any time on the floor on a particular day because of other pressing matters, then I will not go on the floor. If I planned on handling paperwork at one point in the day, but an employee issue arises, then I can decide to handle the employee issue instead.

4.      As the HRM, I am very involved in the hiring process for my store. Job openings are posted in the Lowe's Career Portal. For an open hourly position, I will select the best five to ten candidates, then I partner with the Store Manager, Richard Scott Miller, to narrow the list down to the three applicants to interviews. However, depending on the position or the number of applicants, we may decide to interview more than three candidates. This is something the Store Manager and I can agree to do.

5.      I conduct the first interview, and if I determine that the applicant meets the minimum score based on Lowe's criteria, then I pass the applicant along to the Store Manager or an Assistant Store Manager for the next interview. When the interviews are complete, a

1



verbal offer will be extended to the person selected, then after the background check and drug test are successfully completed, the applicant will be hired. I make recommendations as to which applicant should be hired, but the Store Manager makes the hiring decision. However, he almost always agrees on the same applicant that I do. I would say that we agree on the best candidate to hire 99% of the time. Thus, I have a great deal of input on the hiring of hourly employees.

6.      I also work with the Store Manager to create our staffing plans throughout the year, including Spring hiring, which is our busiest time of the year. We have brought in 34 employees so far for Spring hiring, but we may decide to hire more. Thus, I provide my input to the Store Manager on Spring hiring, and we work together to create the plan based on our forecasts. I regularly discuss staffing needs with senior managers at the store and make recommendations based on business needs. We generally arrive at a consensus on staffing needs, and my recommendations are very valuable.

7.      The same collaborative process also applies to promotions within the store. Internal promotion opportunities are posted on the Lowe's Career Portal, and from that applicant pool, I will provide the Store Manager with a list of potential candidates to interview. From that group of applicants, we then narrow down the list to determine which applicants to interview for the promotion. I assess candidates' qualifications and ensure there is nothing in their files that would prevent the promotion. I also work with the Store Manager to make sure he is following the guidelines for promotion decisions. Again, I work in tandem with the Store Manager, and we almost always agree on promotion decisions.

8.      With respect to discipline at the store, my goal is to ensure that there is consistent discipline. Therefore, I partner with the senior managers to ensure that any disciplinary

decision is properly documented and supported by the facts. I do not attend the meetings where the discipline is handed out. While the Store Manager executes the disciplinary action, I am always involved in the process to ensure consistency in the store. Once again, the Store Manager and I almost always agree on the proper discipline to be given to employees.

9.     I work with employees to correct disciplinary issues that arise. For instance, when I have had employees who were disciplined for attendance problems, I can look for alternative solutions with the employees, such as adjusting their schedule or offering an accommodation. I make my recommendations to the Store Manager, and he almost always agrees with me when I propose an alternative.

10.     I am very involved in the investigation of minor discrimination or harassment complaints at the store, such as an allegation that an employee made a derogatory comment or showed somebody an inappropriate picture on a cellphone. During an investigation, I partner with the Store Manager and decide which employees to interview and who to collect a statement from. While the Lowe's system provides a list of questions to ask, I can and do deviate from that list when the investigation takes me somewhere else, and I will ask questions that are not on the list.

11.     At Lowe's, mandatory training is based on the employee's job title. However, I do exercise discretion in creating training action plans for employees who want to be promoted to certain positions. For example, I've had an employee tell me she wanted to be promoted to head cashier one day. I coached the employee and provided a road map to achieving that goal, including telling her what classes she should take for proper training. I do the same with employees who want to obtain a certification, such as to use certain equipment. I exercise my judgment and help these employees reach their goals.

3

12.    I consider myself the "captain" of employee benefits.  I do not handle the clerical work with respect to employee benefits.  That is, enrollment for employee benefits is all online, and the employees handle that themselves.  However, I am responsible for informing employees about what types of benefits are available to them.  I spend time coaching employees, especially new hires and newly promoted employees, about the benefits available to them and answer questions they have.

13.    I am responsible for closing payroll every other week.  I generally make sure that employees are paid correctly and correct any "mispunches" on a daily basis.  That is, when an employee forgets to clock in or out, I make sure that this is corrected so that the employee can be paid properly.  However, I also use my judgment to identify any payroll issues that should be addressed by management.  For instance, if I review the payroll reports and notice that the store is approaching too much overtime for the week, I communicate this directly to the Store Manager, and we work in tandem to correct the issue.  I estimate that I spend 30 minutes a day on payroll issues.

14.    I try to spend more time each day walking the floor.  During Spring hiring, I may not be able to spend any time on the floor.  During less busy times of the year, I might be able to spend 2-3 hours on the floor.  When I am on the floor, I am not "tasking."  That is, I am not doing work that the hourly employees perform, such as cleaning or stocking.  Rather, I choose to spend most of my time on the floor discussing employee issues with our Customer Service Associates, such as benefits issues, scheduling, training, or issues they bring up.  I usually go to the break room to talk to employees about what is on their mind.  Again, I exercise my discretion on how I spend my time on the floor and the issues I want to discuss.

4

15.     I have agreed to make this statement voluntarily.  It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement.  I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April, 2013, at Turlock, California.

By: _____
DELIA REVOLLERO

## DECLARATION OF MILES RICHARDSON

I, Miles Richardson, declare:

1. I am a Human Resources Manager ("HRM") at Lowe's HIW, Inc. ("Lowe's") in Chino Hills, California. I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2. I have worked for Lowe's since 2003. I started as an Human Resources Coordinator ("HRC") at the store in Upland, California. After about eight months, I became a HRM at the Torrance, California store. I have been a HRM for approximately 9 years, working in that position at the Torrance, Rancho Cucamonga, Ontario, Corona and South Chino Hills stores before moving in September 2011 to my current store in Chino Hills, California.

3. As the store's HRM, I have discretion, input, and influence over the hiring process. Although there is a company policy that for each open position we are to interview three candidates, I have the discretion to determine how many candidates to select for interview. I consider the company policy as setting a minimum number for how many candidates the store should interview, and accordingly, when appropriate, I make the discretion to select additional candidates for interview that I view to be qualified or otherwise a good fit for the position.

4. For the store positions below the Assistant Store Manager ("ASM") position, I almost always determine which candidates should be asked to come in for an interview. The ASM overseeing the relevant department may sometimes choose to review the candidate pool. When I determine that none of the individuals who applied for the position are qualified, I am the one who makes the decision to re-post for the position.

5. When a candidate comes in to the store for an interview, I conduct the initial interview, which is then followed by an interview with another store manager – usually the ASM for the area with the open position, or sometimes the Store Manager. Although there are standard questions that I ask of each candidate, I have the discretion to ask, and do in fact ask, my own, additional questions, such as asking about their past experiences and what job duties they had at prior jobs, or why they left or what they enjoyed about that job.

6. I have the discretion to decide after my initial interview with a candidate whether to advance them to the next round of interviews. In situations where I have determined that the

1



applicant is either not qualified or is otherwise not a good fit for the position, I make the decision to reject the applicant.

7.     After I and the ASM (or Store Manager) interview a candidate, each of us scores the candidate in various areas.  Our scores are then averaged to determine that candidate's overall score.  Accordingly, I control 50% of the weight of that score.

8.     Per company policy, it is recommended that we extend an offer to the highest-ranked candidate.  However, in conjunction with the ASM or Store Manager who did the interviewing, we may jointly discuss and decide to hire someone with a lower score based on other qualities and issues specific to the job or candidate.

9.     There are been times when I made the final decision on hiring a candidate.  For example, there have been times when we were down to two good candidates and the ASM told me to hire whichever one I thought best.  There have also been times when the ASM would have preferred one candidate, but I thought another candidate was a better fit and we went with the candidate whom I preferred.

10.     The hiring process changed about 3 or 4 years ago, as the store manager used to interview candidates too and had the final decision on all hires.  Since the policy change, I have much more discretion and influence over the store's hires.

11.     A similar process occurs for promotions, where the position is posted online (and sometimes in other locations) and internal and external candidates can then apply.  I select the top-qualified candidates for interviews.  For promotions, the ASM has more input in who to interview, especially with respect to the higher positions, but some ASMs choose to be more involved in this process while others do not.

12.     For promotions, I participate in the interview with another manager.  Again, our scores are averaged and I control 50% of the final score for each candidate.  Again, there have been times when I made the final decision on which candidate to hire, when I felt one candidate was a better fit or better qualified for a position.

13.     I have almost all of the authority in terms of investigating disciplinary matters and recommending what type of counseling should occur.  I have the final say on the plan for counseling, although I am not the one responsible for administering this plan.  For example, there have been times where the ASM or Store Manager recommended an employee's termination,

2

such as in instances where the employee was not doing his/her job, but upon investigation, I determined instead that employee warning/counseling was the appropriate measure.

14.     I participate in determining the training that employees receive. While there is a standard set of training that corporate requires, I have been involved with offering additional training to employees. There was a policy change approximately 5-6 months ago, so that an employee's direct supervisors are now mostly responsible for their training. I have less discretion now than I used to, but I can still make the decision to offer additional training to an employee such as if he/she works in electrical, but that is next to plumbing so he/she should be trained in plumbing too to assist in customer service in that area.

15.     I have 100% involvement in discrimination and harassment investigations. I lead the investigation and conduct the interviews of witnesses. I determine which witnesses to interview based on the information provided to me and that I gather. My Area Human Resources Manager (AHRM), Marco Ruvalcaba, is a resource for me to use to consult with and to keep him apprised. However, if the incident is minor, I may only consult with the Store Manager. I make the decision whether or not harassment has occurred and I make the decision on what disciplinary action or counseling should be conducted.

16.     With regard to theft or safety investigations, there is a Safety and Loss Prevention department that handles the investigation and makes a recommendation to me about discipline. I have the ultimate authority on what disciplinary action to undertake with respect to the employee in question, unless it was a very severe internal theft or similar issue.

17.     I am minimally involved with employee benefits. Approximately 2 years ago, Lowe's changed to doing this online so the employees actually do it themselves now. I am still available to provide answers and give advice should an employee seek discussion about benefits. The processing though is largely out of my hands, except to help when there are errors or assist an employee with using the system. I spend only 15-20 minutes a week on benefits.

18.     I have involvement with employee payroll, including corrections, errors, and closing it out at the end of the week. I believe I spend about an hour a day on payroll.

19.     I work with the Store Manager to create a staffing plan and have input into that process.

20.     I have been involved with the kids' clinics offered at my Lowe's stores. Here, at Chino Hills, I am not involved at all. There is an employee who handles it and enjoys

3

participating in it. However, at the South Chino Hills store, I did all of the kids' clinics because there were no employees who really wanted to be involved and I enjoyed doing it. I have had a different level of involvement at each of the Lowe's stores I have worked at.

21.     I walk the floor about 1.5-2 hours a day. It depends on my workload and whether it's a weekend or weekday and the season. I have discretion on how to organize my day and workload.

22.     I have worked at a few stores that had HRCs, including the Torrance, Rancho Cucamonga and Ontario stores. Most stores used to have HRCs, but now only really busy stores have them. At those stores, as an HRM, I supervised the HRC who did a good portion of the clerical paperwork. I had discretion to delegate work to the HRC.

23.     I also have discretion in worker's compensation issues. I determine whether an injury happened on premises or not, and if a doctor's physical restrictions for an employee can be accommodated and how.

24.     I also work closely with the ASM to recommend hours for part-time employees. I would say that I have about 50% of the input on the part-time schedule, though I do have the final approval for that schedule.

25.     I have taken outside Human Resources courses while employed at Lowe's. The last time was about 3-4 years ago about unemployment. Lowe's paid for all the outside training courses that I have taken.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of April, 2013 at  CHINO HILLS          California.

By:  Miles Richardson

4

## DECLARATION OF HEATHER SMITH

I, Heather Smith, declare:

1.      I am a Human Resources Manager ("HRM") at Lowe's HIW, Inc.'s ("Lowe's") in Spokane Valley, Washington.  I am over 18 years of age, have personal knowledge of facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I started with Lowe's as an HRM in July 2008 at the Wenatchee, Washington store.  I then moved to the store in North Spokane, Washington in the Summer of 2009, where I also served as the HRM.  I then moved to the Spokane Valley, Washington store last year, where I continue to serve as the HRM.  During my tenure as an HRM, I have worked with a number of different Store Managers, each of whom had their own management styles, personalities and proclivities.  And, while I have worked with the same Area Human Resources Manager ("AHRM"), Michelle Voris, throughout my tenure, our working relationship has changed over time, due to a variety of factors.

3.      I initially worked with Kevin Weeks, who served as the Store Manager for the Wenatchee store.  Kevin was hands-on, particularly in the beginning when I was new to the store and the position.  Kevin also had somewhat of a unique perspective on the role of HRMs, which impacted my responsibilities and duties during that time.  Under Kevin, I oftentimes served as an Assistant Store Manager ("ASM"), sometimes moreso than an HRM.  In that respect, I would be present on the sales floor more often, working with Department Managers, making sales-driven decisions and dealing with merchandising issues.  I would even walk the store with the District Manager (now Market Director) when he would visit and inspect the store.

4.      Rick Sauer, the North Spokane Store Manager, on the other hand, was very hands-off and spent more time in his office.  Under Rick, there was more of an expectation to know and understand sales numbers than under other managers; in particular, whether and why

1



we were not doing well in certain areas. The circumstances under Rick were also unique. I was brought into the North Spokane store to remedy a number of issues relating to payroll, the full-time employee percentage ratio, the accountability of ASMs and time-off requests. As such, Rick would leave me be to work on those issues and would remove himself from them. Overall, Rick would not try to tell me what to do or push back on actions that I had taken.

5.  Debbie Yates, who replaced Rick at the North Spokane store, was more strong-willed and very involved in what I was doing. Debbie would visit my office about two to three times a day. And while Debbie would rely on my input, advice and counsel, she would generally make the final decision on issues. In that respect, I played more of a support role under Debbie.

6.  Under Kim Semer, with whom I worked for only a couple of months, things also were very different. Kim was brand-new to the Store Manager position. While Kim was strong-willed like Debbie, she also had to rely on me and my input heavily because she was so new to the position. Moreover, in the beginning, Kim would want me to call Michelle, the AHRM, to get her input on nearly every issue. Eventually, however, Kim grew to trust and rely upon my judgment, obviating her need for Michelle's continual input on issues.

7.  I currently work with Heather Diffley-Persicke, who serves as the Store Manager of the Spokane Valley store. Heather is hands-on, but not a micro-manager. I do not report to Heather (I report only to Michelle); rather, I would describe our relationship as a business partnership.

8.  As stated above, I report directly to the Michelle, the AHRM, who oversees all of the stores in the Area. My relationship with Michelle has changed over time. In the beginning, Michelle used to be more of a micromanager (*e.g.*, requesting weekly reports on issues, etc.). However, Michelle now serves more in a leadership role than a validation role. Stated differently, Michelle does more hands-off coaching rather than hands-on checking up and reviewing. Of course, I have worked with Michelle for some time now, so she has grown to trust

me more. Moreover, Michelle's Area includes a lot of stores, so she needs to spend more of her time with less tenured HRMs (and there are a lot of newer HRMs in our Area).

9.      With respect to hiring, in all of my stores, I would put together the store's hiring plan for the year. I would do everything in-detail in that respect, incorporating sales and attrition data. I then brought the completed hiring plan to the Store Managers, who generally followed the plan. Things are a little different now with Heather, as Heather will actually prepare a hiring plan on her own as well. With Heather, we will compare both of our plans and then work from there (although Heather will make the final decisions on the ultimate plan).

10.      One of the reasons why it made sense for me to prepare the store's hiring plans was my focus on payroll budgeting. Oftentimes, the Store Managers with whom I worked tended to be concerned more with understaffing (and therefore, could potentially overhire). In particular, the Store Managers were concerned about walks by the Market Director, who might note that certain areas of the store are not adequately staffed. I, on the other hand, focused more on meeting the store's payroll budget. Of course, every Store Manager was different. Kevin was not involved in day-to-day micromanaging of the hiring process. Kim was new, so she would be concerned with understaffing. Debbie would have me prepare the hiring plan, but would have ideas of her own as well (after which I would run with things on my own). Rick would have no involvement in the hiring plan so long as we were prepared for the store's busy season.

11.      I essentially handled the execution of the hiring plans in all of my stores as well. The peak seasons for the stores generally ranged from April to mid-August. Thus, I would start working on the store's annual hiring plan in November or December. By January, I would finalize the plan so that I could start the actual hiring process in February, since it generally took six weeks to hire someone. Under that timeframe, I could have my store fully staffed by April. Again, every store is different, however. Currently, I decided to do two rounds of staffing, with a second phase beginning in March. With two rounds of staffing (an idea that Heather and I

3

came up with together), we can save costs of hiring everyone early on, thus reducing our overall payroll budget. We also can have a first wave of employees who will be trained and ready to teach the second wave of employees. That is very different from the time when I worked with Kim in the North Spokane store. As stated above, Kim was extremely concerned with understaffing, and therefore wanted to try hiring from week-to-week.

12.     Once I have my hiring plan put together, I will decide on the number of job postings I will open up. I then will decide who will be interviewed based on a review of applications submitted. Sometimes, however, I would consult with the Store Manager depending on the position. For higher-level positions such as Department Managers and ASMs, I would want to consult with the Store Manager to get his/her input (with the exception of Rick at the North Spokane store).

13.     Depending on the Store Manager, I then would decide which ASM would conduct in-store interviews with me. Under Rick and Kevin, I would pick the ASM on my own. Under Debbie, Kim and Heather, I would consult with them in advance.

14.     I then would interview the applicant and rank them on various subjective criteria. If they passed my initial interview, then they would go on to interview with the ASM. If not, they would not even meet with the ASM. For example, I recently interviewed someone who was not approachable at all during the interview; therefore, I could not see that person dealing with customers or being approachable to customers. That person did not even meet with an ASM.

15.     In cases where the ASM would interview the applicant, the ASM, like me, would rate the applicant. Afterwards, I would sit down with the ASM and we would tally our scores. And if the applicant applied for multiple positions (and rated sufficiently high to obtain those positions), we then would decide jointly which position that person would fill.

4

16.     This policy was not always the same.  In the past, Lowe's used to require Store Managers to do a third interview of applicants.  However, by the time myself and the ASM had interviewed the applicant, the SM's interview was more of a "rubber stamp" formality.  And throughout my tenure, no SM has reversed my hiring decisions or failed to follow my hiring recommendations, with the exception of two instances.  Those two instances both involved my recommendations to Kevin for my replacement at the Wenatchee store when I was leaving for the North Spokane store.

17.     With respect to promotions, my role changed depending on the Store Manager and due to policy changes at Lowe's over time.  With respect to career progression promotions (for example, a promotion from a Customer Service Associate I to a Customer Service Associate II), Kevin would approach me with promotion decisions.  Under Rick, I would approach him with promotion recommendations, which he would follow.  Debbie, on the other hand, would make decisions to promote with my input.  Now, under current policy, employees seeking promotions need to apply and interview for positions into which they wish to be promoted.

18.     With respect to payroll budgeting, I generally would prepare the store's schedule, and I would do so with an eye towards meeting the payroll budget.  Currently, I have the ASMs prepare schedules, which I will then go through to ensure coverage and compliance (*e.g.*, scheduling over 40 hours, etc.).  I also will review for the amount of hours to ensure that the hours are less than forecasted for the store.  If not, then I will find ways to cut the hours.  I also will review to account for sales, adding more hours where needed.

19.     At other stores, I would prepare the schedules myself.  Moreover, payroll budgeting was generally my responsibility.  As such, I would pull reports to see if we were trending to meet our payroll budget each week.  If not, I would go to ASMs to have them ask people if they wanted to leave early, or I would cut down on the number of part-time hours later in the week.

5

20.     With respect to discipline, I generally conducted investigations, with the exception of issues relating to senior management (ASMs and above). If the issue relates to attendance, I generally will raise the issue with an ASM, and then, depending on the situation, either investigate the issue myself or with an ASM.

21.     With respect to other issues, discipline usually is initiated by myself or the Store Manager. But this also depends on the ASM. While most ASMs that I have worked with are reluctant to write up employees, I usually have had one in every store who would be very driven to hold employees accountable. The majority of the time, however, either myself or the Store Manager would have to initiate the disciplinary process and determine the appropriate level of discipline. While I do most of the investigations, the ASMs have been involved as well. But many lack confidence in the investigatory process, so I will sit in with them and coach and counsel them on the process.

22.     On the other end of the spectrum, while I have not "vetoed" write-ups, I have refused to sign them and have told the ASM desiring the write-up to speak with the Store Manager. In those instances, the Store Manager has always sided with me. For example, I recently refused to sign a write-up that one of the ASMs wanted to give an employee for twirling her hair.

23.     With respect to training, I have played a substantial role in determining what training to use or give employees. With respect to storewide training, I will poll associates and determine what kinds of training they need and want. Using that feedback, I will organize regular training sessions (sometimes, I do the training myself, even in areas such as preparing worklists) on a variety of topics, ranging from interviewing techniques to leadership skills, and so on. With respect to new-hire orientations, I will add training courses on my own to the core curriculum required by Lowe's for new hires. I also have solicited vendors to come in and hold training sessions with the employees.

6

24.     I also devote considerable time to the formal mentoring of the HRM in Lowe's Coeur d'Alene store. At first, I trained the HRM on daily processes, how to gauge what should be done in situations and Lowe's overall policies and culture. I also would train my mentee on why Lowe's does things the way it does. Now, I generally respond to calls on a daily basis from my mentee in connection with day-to-day situations that arise. For example, my mentee recently witnessed a safety violation firsthand and wanted my advice on how he was required to proceed.

25.     Every week, I participate in the store's weekly Tuesday management meeting. I will present monthly HR Chats at those meetings. I also will attend the weekly senior-management only meeting. In addition, I like to attend the Sales Specialists meetings as well, to help me understand the sales side better and the issues that are unique to our Specialists.

26.     I structure my own days; no one plans out my daily schedule. I do this based on my own assessment of my highest and best use for a particular moment and my own prioritization of tasks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3 day of April, 2013, at Spokane Valley, Washington.

By: _____
Heather Smith

7

## DECLARATION OF CASEY SWANGER

I, Casey Swanger, declare:

1.      I am a Human Resources Manager at Lowe's Home Stores, Inc. ("Lowe's) in Henrietta, New York.  I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked for Lowe's since April 2007.  I started as a Human Resources Manager in the Human Resources Manager Training Program at Store 1655 in Greece, New York.  In March 2010, I transferred to Store 645 in Henrietta, New York, where I continue to work to this date.

3.      I currently report to Area Human Resources Manager John Morone.  Prior to 2012, I reported primarily to Store Manager Kevin Albrewczynski.

4.      I play a major role in every aspect of the recruiting and hiring process for my store.  I alone decide which job applicants to invite to the store for an interview.  I also conduct employment interviews and evaluate candidates.  My evaluations are highly influential in determining which candidates are ultimately hired.

5.      Although the Store Manager makes the final decision as to which candidate or candidates will be hired, I have input in the hiring decision and provide my recommendations to the Store Manager.   About a month ago, I interviewed and recommended for promotion a Department Manager who was being considered for an Assistant Store Manager position.  The employee was promoted based in large part on my rating of him during our interview.

6.      When an employee at my store is reported for poor performance or workplace misconduct, I am responsible for conducting an investigation into the allegations—which



involves, among other things, interviewing and obtaining a written statement from the complaining employee, interviewing witnesses I have identified, and examining company records and other relevant evidence, and drawing conclusions, based on the evidence, as to what occurred. If, after completing my investigation I have determined that employee discipline is warranted, then I will team with the Store Manager to determine the appropriate level of disciplinary action to be taken.

7.      I am responsible for working with Assistant Store Managers and other supervisors to provide specialized and focused training opportunities to store employees. I regularly organize and schedule product knowledge training for employees whom I have identified as needing this training. I also organize and lead quarterly job skills and leadership training for the employees who need them. Last quarter, I conducted mock job interviews with employees; this quarter, I will be focusing providing training on job skills. I determine what topic these trainings will cover, based on my independent assessment of employee and store needs. Finally, I lead regular training sessions for managers on topics such as conflict management, conducting employee performance appraisals, and leadership and personnel management.

8.      I am an important resource for employees looking for information about employee benefits. When requested by employees, I provide case-by-case counseling regarding employee benefits options.

9.      I spend relatively little time each week processing payroll information. At my store, the Administrative Department Manager handles the majority of payroll processing tasks. My time involvement in this task over the past several years has been largely dependent on the involvement of Store Managers and Assistant Store Managers in the handling of these tasks.

10.     Despite my limited involvement in processing payroll-related paperwork, I play an important role in leveraging payroll, which includes creating staffing plans and helping to maintain adequate and fiscally responsible staffing levels at the store.

11.     I do not participate in Saturday "Kids' Clinics," nor am I expected to participate in these events. My involvement in the program is limited to supervising Assistant Store Managers and Department Managers in their responsibilities of making sure that these events are adequately staffed and planned.

12.     I spend approximately four hours a week engaged in clerical work such as data entry and filing. The amount of time I spend engaged in clerical work varies depending on season, but at all times in the year the majority of my time is spent handling more demanding administrative duties, including planning, coaching, and training and hiring employees.

13.     I spend very few hours each week "walking the floor" and fielding customer questions, particularly during the spring hiring season. I substitute for cashiers only for a few minutes at a time, and only when there is a need for customer assistance and no sales associates are available to fill in. Neither I nor my Store Manager consider substituting for other positions a part of my job responsibilities as Human Resources Manager.

14.     With the exception of prescheduled management meetings and trainings, I have complete discretion over how my day is organized. Completion of my regular job duties is based on priority of tasks and my availability.

15.     I play an active role in communicating important store and human resources-related information at weekly store management meetings.

16.     Overall, the Store Manager and Assistant Store Managers rely on me in my position as Human Resources Manager to advise, coach, and train employees, to ensure that our

store works as a productive and effective team, and to guide decisions to limit liability for the store and the company.

17.    I have agreed to make this statement voluntarily.  It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement.  I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of April 2013, at Herietta, New York.


By:    _____
         CASEY SWANGER

## DECLARATION OF DOROTHY TINAZA

I, Dorothy Tinaza, declare:

1.     I am a Human Resources Manager ("HRM") for Lowe's HIW, Inc. ("Lowe's") in La Habra, California. I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.     I have been a HRM at Lowe's since July of 2003. I began working at the store in Norwalk, California and I have also worked at the Huntington Beach and Anaheim locations before moving to the La Habra store in February of 2012.

3.     I report to Marco Ruvalcava, who is the Area Human Resources Manager ("AHRM") and have reported to him since 2012. Before that, I reported directly to the Store Manager at each store.

4.     I have input, influence and discretion in the hiring of employees at my store. Although I have a floor of a base head count from corporate, I review the store's sales and head count and have discretion to hire additional employees. The Store Manager can overrule my recommendation, but I consider myself the "gatekeeper" in terms of number of new hires and have a substantial amount of influence in the decision to post positions and hire additional employees.

5.     In my position as HRM, I am responsible for pursuing avenues other than Lowe's employment website to attract candidates for open positions. Apart from Lowe's online postings, I decide what other connections and networks to pursue, such as local veterans' organizations or attending certain local job or career fairs. I have discretion to pursue these opportunities and pursue creation of a network that will hopefully bring in quality candidates for positions at the store.

6.     I am in charge of determining which candidates to bring in for an in-person interview, and that decision is completely within my discretion. From the pool of applicants, I conduct telephonic screening interviews myself. I do not have a corporate script for these calls, but use my judgment to ask questions that are relevant to the open position and follow-up based on the candidate's resume and cover letter. I also have the discretion to renew a job posting if there are not enough qualified candidates.

1



7.     Although there is a company policy that, for each open position, we are to interview three candidates, I have the discretion to determine how many candidates to select for interviews. For example, we recently were looking for a Lawn & Garden loader and I chose to interview approximately 15 people as I was specifically looking for a candidate with certain characteristics.

8.     When candidates are brought in for an interview, I am one of the individuals who interviews them, along with either the Store Manager or an Assistant Store Manager ("ASM"). For an open position for department manager or specialist, we jointly conduct the interview though we fill out our own evaluation sheet where we score each candidate. After the interview, we discuss our scores and determine the candidate's final score if there is a discrepancy between our two scores. I have a substantial amount of influence, at least 50%, in creating this final score and feel that it is a very collaborative process where my voice is heard and valued. For hourly positions, I conduct my own interview and then either the Store Manager or an ASM conducts a subsequent interview. Our scores of these candidates are averaged. Accordingly, I have 50% of the control over each and every candidate's final score which is used to make the ultimate hiring decision.

9.     Per company policy, it is recommended that we extend an offer to the candidate with the highest score if they exceed a minimum average. However, there have been times where the top-scoring candidate exceeded the minimum but I did not believe they were a good fit or otherwise not right for the position. I had a substantial amount of input in the decision to pass on them and not offer them the position, but instead to keep looking for better candidates.

10.     I also have influence in the promotion of employees. For many employees, the process works just like for new hires, and I am very involved in determining which candidates to interview, conducting the interviews, etc. For other promotions, I have even an even more direct role. For example, for customer service associates, there are four "levels." To move between levels is considered a promotion and this change does not require us to post it as an open position. I review salary history, performance reviews, and the employee's file and make recommendations to the Store Manager. I have made many promotion recommendations and my recommendations are almost always accepted as the final decision. There may have been one time in my entire career as an HRM at Lowe's where my promotion recommendation was not followed.

2

11.     My position also means that I am involved with pay decisions for employees. Lowe's uses a computer program that recommends pay based on past experience and training. However, the Store Manager – with my input – has deviated from that recommendation. I can recall recommending such a deviation, which was implemented, at least once.

12.     I make recommendations for employee discipline and termination. The Store Manager has the final approval, and there are times where my AHRM also reviews such a decision. The Store Manager (and AHRM where applicable) has always agreed with my recommendation. In fact, there have been times where the Store Manager has sought certain disciplinary action and I have disagreed, and my recommended action was implemented.

13.     My position allows me to have much control and discretion in discrimination and harassment investigations. There was a large sexual harassment investigation at my store in the last year and I unilaterally ran the investigation, conducted interviews and gathered the file of relevant evidence. Because of the nature of the issue, the ultimate decision was made by Employee Relations, but they used my interviews of store employees to make that decision. For more routine investigations, I make a recommendation on next steps and disciplinary action to my Store Manager and/or my AHRM. My recommendation is very influential in the ultimate decision made.

14.     Though I am involved with both employee benefits and payroll, my roles in these areas have declined in the past few years due to Lowe's implementing new computer programs. As for benefits, the only real involvement I have is at the end of the year for open enrollment. For payroll, I spend perhaps about 15 minutes a day on this, and every other weekend close out payroll.

15.     I also create the store's staffing plan in collaboration with the Store Manager and after gathering input from the various ASMs. The Store Manager usually only has minor changes to my proposed plan before it is submitted.

16.     I have never ran nor participated in running a Kid's Clinic at any Lowe's store that I have worked at.

17.     I have complete discretion to plan each of my work days based on my own priorities. I usually walk the floor three times a day, but that varies based on whether it is a weekend, the season, the staffing for that day, etc.

3

18.     When I worked at the Norwalk store, the Huntington Beach store and for part of my time at the Anaheim store, I had a Human Resources Coordinator ("HRC") who reported to me and handled much of the clerical work.  I was their direct supervisor and was able to delegate work to them.  As a result, I did very little clerical work during the time I supervised an HRC.  Per company policy, only the stores that do a substantial amount of business are allowed an HRC and La Habra does not currently have one.

19.     I participate in weekly Managers' Meetings.  I set the agenda, along with the Store Manager and during the meeting address various issues that have arisen during the past week and conduct "mini-trainings" of the managers on whatever that issue may be, such as safety or overtime.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of April, 2013 at La Habra, California.

By:  Dorothy Tinaza

4

## DECLARATION OF DEBBIE TYLER

I, Debbie Tyler, declare:

1.      I am the Human Resources Manager ("HRM") at White Settlement Lowe's Home

Centers, Inc. ("Lowe's") in Fort Worth, Texas. I am over 18 years of age, have personal

knowledge of the facts stated in this declaration, and if called and sworn as a witness, I would

and could testify competently to them.

2.      I have worked for Lowe's since 1997. I started at the Plano Lowe's as an

assistant Personnel Training Coordinator ("PTC"). At the beginning of 1998, I was promoted to

the PTC at the Garland Lowe's. In August 1999, I transferred to the Allen Lowe's, still in my

PTC role. In late 2001, I came to the White Settlement Lowe's as the PTC and opened the store

in the beginning of 2002. Then, in August 2003, I was promoted to HRM and moved to the

South Fort Worth Store. Approximately six years later, in January 2009, I moved to the

Granbury Lowe's as the HRM. Finally, in October 2011, I returned to the White Settlement

Lowe's as the HRM, which is where I work today.

3.      When I worked as a PTC, I spent 100 percent of my time on clerical tasks. In that

role, I scheduled interviews, but was not allowed to select the candidates to interview or conduct

the interviews myself. I had absolutely no input into the hiring process whatsoever. I also had

no input into the salary an applicant was offered—the Store Manager ("SM") made that decision

as well.

4.      Also, when I was a PTC and employees would come to me with complaints, I had

no authority to act on them. I could not help the employee and had to direct the employee to talk

to an Assistant Store Manager ("ASM") or the SM. I was also prohibited from conducting

1



investigations into employee issues—like the interviewing, investigations were also handled by the ASMs and the SM at that time.

5.      In fact, I felt that SMs and ASMs saw PTCs as secretaries and that is the role they generally filled in the stores.

6.      As an HRM, however, I have much more discretion and responsibility. This level of authority is necessary and important to earn the respect of the other managers and hourly employees to consistently apply Lowe's policies and do my job.

7.      For example, I do not believe an ASM would listen to an hourly employee tell that ASM that he or she could not terminate an employee but, instead, had to go through the progressive discipline process. I believe that, to do their jobs, it is critical for HRMs to be salaried managers.

8.      In the beginning of 2012, I began reporting to the Area HRM ("AHRM"). Before that, I reported to the SM. Although I do not report directly to the SM, we have a good working relationship and I consider him my "business partner." The SM knows that, in making decisions, I act in the best interest of Lowe's.

9.      As an HRM, I decide how to structure my day. Although I usually have an idea of what I would like to accomplish, the employees and store events determine what I do each day and when I do it. No one tells me what to do—they trust me and know that I will get my job done.

10.     In my HRM role, a big part of my job includes interviewing and hiring employees. I post all open positions on the Lowe's Career Portal ("LCP") for approximately five days. After that time, if I have a sufficient number of qualified applicants, I review the applications for completeness and qualifications, and then call the top three applicants to

2

schedule interviews. I decide which applicants to bring in using my own judgment and experience.

11.     When I am satisfied the applicants I have called meet the qualifications for the position, I invite them in for an interview.   Typically, I interview two more people than the number of jobs posted, meaning that if I post one position, I will interview three applicants.

12.     I conduct the first interview and rate the applicant based on the Lowe's interview guide and my own judgment. While I do ask the applicants the questions in the Lowe's interview guide, I also ask them questions I decide on independently to try to get a sense of who they are as individuals and whether they would be a good fit for Lowe's.

13.     If I believe the applicant would be a good fit for the open position and the applicant earned higher than the minimum ranking, I call the ASM to complete the second half of the interview. Ultimately, the applicant with the highest score will get hired.

14.     As the HRM, I ensure that the SM and ASMs always hire the applicant with the highest score. I do this, again, to protect Lowe's. My files get audited for various reasons and I do not want the SM to be in the position of having to explain why he hired someone who did not receive the highest score. I will not let that happen.

15.     For example, an ASM thought an internal candidate would be the best fit for a position in plumbing. But, an external candidate came in and received the highest score on the interview. I hired the external candidate because that person received the highest interview rank.

16.     Before Lowe's implemented the pay rate advisor for determining new-hire pay rates, I ensured that the salary the SM offered the new hire was fair. In fact, I graphed the salaries of everyone in the store—by department—based on tenure and experience to ensure that

3

the rate offered to a new-hire fell within the appropriate range. I did this to protect the SM from potential complaints about salary discrepancies between employees.

17.     Because the spring is a busy season for Lowe's, we have to hire more employees to meet the demand. To prepare for spring hiring, I create a staffing plan and then discuss my recommendations with the SM. Because he trusts me, usually he adopts my recommendations. At the end of the season, I decide whether layoffs are necessary and, if so, which employees must be laid off. Again, because the SM trusts me, usually he accepts my recommendations.

18.     Another part of my job involves coordinating the performance review process. I ensure that both employees and ASMs complete the reviews in a timely manner. I also coach the ASMs on how to conduct the review. I give them guidelines to use in discussing disciplinary issues with employees to ensure all employees are treated fairly. I spend a lot of time working with the ASMs so they understand what they can and cannot do during the review process.

19.     For example, an ASM cannot deduct points on an employee's review for an attendance issue if the ASM has never brought that issue to the employee's attention before. I find that the ASMs appreciate and value my guidance.

20.     I also spend approximately 2 hours per day on the sales floor coaching and working with employees. I want to make sure the employees have what they need and are engaged with the customers. While I do assist customers and enjoy speaking with them, my focus is the employees and I try to concentrate on them when I am on the floor. During my time on the floor, I do not operate cash registers or substitute for employees who may be absent.

21.     While I am involved behind the scenes, I do not discipline employees directly. My door is always open and I want employees to come talk to me if they want to share their side

4

of the story. The employees know, however, that if they are in the wrong, I will make sure they understand what they did and why they should not do it again.

22.     I am the only person at the store who conducts investigations into incidents involving employees. I interview witnesses and take statements to learn the facts. When I conduct investigations, I decide what questions to ask and who to interview. My goal in the process is to pull the facts together to find out what happened.

23.     For example, if an employee comes to me and complains that she is being harassed by another employee, I will take the employee's statement, identify witnesses, and, ultimately, speak with the accused. Based on the information I receive, I will make a determination and institute the appropriate level of discipline, if any. If I determine termination is necessary, I will communicate my recommendation to the AHRM. Usually, she agrees with me and then I will move forward with the termination.

24.     Then, I will share the investigation and results with the SM so that he knows what happened. The SM is not involved in the investigation at the time it is occurring because the employees need to know that when they confide in me, I am keeping their information as confidential as I can.

25.     I also work with the ASMs in preparing any necessary written documentation of the incident. I do not, however, sit in on the disciplinary meetings with the employees, unless it involves an important human resources issue.

26.     For example, if an ASM comes to me and wants to write up someone for poor attendance, I will investigate to see if the employee's attendance warrants discipline pursuant to Lowe's policies. If not, I will explain to the ASM that discipline is not warranted in this situation.

5

27.     I decide what level of discipline to give to an employee, aside from terminations. Specifically, I decide whether the employee's behavior warrants any discipline, and if so, whether it should be written up as an initial, written, or final notice.

28.     I also initiate disciplinary proceedings if I witness improper behavior from an employee. For example, if I see something in an employee's attendance report or witness and employee engaging in an unsafe practice on the sales floor, I will act on it. I am just like any other manager—I must take responsibility for anything I see that is unsafe or against policy.

29.     I also attend weekly manager meetings and HR chats where I update the managers on important HR and training issues I have identified. During these meetings, I often use examples of behavior I witnessed on the sales floor the prior to week to bring issues to their attention.

30.     While I do present HR information that Lowe's asks me to at these meetings, I also decide on my own what real-life examples I want to use from the store to enhance the managers' understanding of how to handle employee issues. I like to use role-playing activities to involve the managers and help coach them.

31.     I also provide guidance and advice to corporate on training topics based on what I see in my store. Corporate has a group of HRMs it relies on to provide reports from the field. I often provide information on things I would like to see changed and training I would like to provide.

32.     Another part of my job is working with employees and the SM for personal leave and other accommodations issues. While major issues are decided by corporate, if an employee comes to me and tells me their foot is hurting that day, I will likely allow them an accommodation without seeking assistance from corporate.

6

33.     I also serve as a mentor for HRMs at the Granbury, Weatherford, Arlington, South Fort Worth, and Burleson stores. They call me if they need advice and I visit with them to ensure they are trained on all aspects of the HRM role. Specifically, I teach them processes, investigation strategies, and how to perform proper disciplinary write-ups.

34.     I see it as my role to mentor employees as well. For example, there is an ASM who was disciplined for being too harsh with employees. I am working with him on how to react to situations and how to treat employees to improve his performance, as well as the overall working environment at the store.

35.     I am aware of Lowe's tuition reimbursement and scholarship policies and I personally take advantage of the voluntary training Lowe's offers to HRMs to increase their general knowledge of human resources and business topics.

36.     I have agreed to make this statement voluntarily. It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement. I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of April 2013, at Mesquite, Texas

By: _____
      DEBBIE TYLER

## DECLARATION OF MARY WALKER

I, Mary Walker, declare:

1.      I am a Human Resources Manager ("HRM") at Lowe's HIW, Inc.'s ("Lowe's") in Clackamas, Oregon. I am over 18 years of age, have personal knowledge of facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked as a Lowe's HRM since 2008, starting with the store in McMinneville, Oregon. From there, I transferred to the store in Wood Village, Oregon in or around January of 2011. In or around June of 2012, I transferred to the store in Clackamas, Oregon, where I currently work.

3.      As the HRM, I play a fundamental role in the hiring process at the Clackamas store. For starters, after posting the job listings for open positions, I alone will decide who amongst the initial applicants will move forward in the interview process. I have a lot of latitude in this respect. While Lowe's policy is to have three applicants interview for each open position, I have the freedom and discretion to determine if the store should interview more than three applicants. Stated differently, I alone will decide how many applicants the store will interview for a particular position, so long as we interview three applicants.

4.      I also decide which applicants move forward in the process, as well as which ones get hired. I will conduct the initial screening interview amongst the various applicants that I have selected. Sometimes I will do this in person, but more often than not, I prefer to do this over the phone to save time. Based on those interviews, I will narrow down the list of applicants to those who will make it to the next round of interviews, including those who will be interviewed by one of our Assistant Store Managers ("ASMs"). In addition to deciding which ASM will conduct the interviews, I, along with the ASM, will separately interview those remaining applicants again and score them based on a number of subjective criteria (*e.g.,* how do they respond to criticism, adversity, etc.). The applicant receiving the highest combined score



EXHIBIT
A-20

will then get the job (unless, for example, the ASM and I both decide that it makes sense to interview additional applicants). In that sense, my "vote" carries the same weight as the ASM's vote.

5.     As previously mentioned, however, we do not necessarily have to hire the applicant receiving the highest combined score. Sometimes I will repost job openings. For example, I recently had four candidates interview for a position in our electrical department, four interview for a cashier position and six interview for a pro loader position. Thus, Lowe's policy (described above) would have required that we only interview nine people for those three positions. But I chose to have fourteen people interview for the positions because I was not completely satisfied with the applicants interviewed thus far.

6.     The hiring process takes up a significant portion of my time, but the specific amount of time spent depends greatly on the season and the weather. Oregon is somewhat unique in terms of climate. Because it often remains colder here later into the year, I often wait until May or June to start ramping up staffing in anticipation of the busy Summer months (unlike stores in the South and the East which begin to ramp up in late December/early January). Our busy season generally runs from June to mid-September. This year, however, it has been exceptionally warm (especially for this time of the year). As such, I made the decision to start ramping up the hiring process in January. And that has taken up a tremendous amount of my time lately. In fact, we hired only twenty-three people for the entire year last year. And during my last year at the Wood Village store, we did not have to hire nearly as many people because it rained a lot into late June. This year, however, we have already hired approximately thirty-five people (and it is only April).

7.     There are also market and store specific issues. For example, stores in our market recently added a 3 a.m. shift to assist with the lumber department. That required me to devote time to finding individuals to fill that shift. On the other hand, our store does not have a night

stocking shift (unlike a lot of higher volume stores), so I do not need to worry about staffing that shift.

8.      After spending some time working with him, my Store Manager gives me a lot more latitude and trusts my judgment than when I first started in the Clackamas store. At this point, I have a good handle on the needs of the store and the overall market, and he knows it. I have demonstrated that I know when the store's busiest season is, how many individuals we need to hire to meet our needs, and so on. With that said, he trusts and follows my recommendations, and we will partner to put together an overall hiring and staffing plan for the year. And putting together that plan is no simple task. You really need to know the needs of the store and the busy season. Otherwise, you will be reliant on other managers when it comes to those issues.

9.      I also spend a good amount of time dealing with promotions. With respect to pay raises and normal career progression, I will partner with other managers to see if there are individuals deserving of a raise and remain on the lookout for those individuals who have reached the top of their pay scale. For example, when I first came to the Clackamas store, a Customer Service Associate ("CSA") approached me to say that he had not been promoted in a long time. I investigated the issue on my own, and made the decision to take it to the CSA's Department Manager and ASM, and worked with them to see that he was promoted from a CSA II to a CSA III (he has since been promoted to the Department Manager position). Likewise, when we have job openings, many of our applicants are existing employees seeking to be promoted into those positions. So I will do many of the same things I do in connection with hiring when it comes to determining whether existing employees will be promoted into those open positions.

10.      With respect to employee evaluations, I initiated a new program to get the store's Department Managers more involved in the process. Before, ASMs alone would evaluate the non-managerial employees. But I believed that Department Managers should be involved in the

process as well, since they are the ones dealing more directly with the non-managerial employees. Accordingly, in our store, we now have Department Managers fill out evaluations for their direct reports, with the ASM reviewing and ultimately approving the same.

11.     With respect to disciplinary actions, I generally will investigate issues depending on the violation. In the Clackamas store, we do not have as many "write-ups" based on employees failing to complete their assigned tasks. This is due to the fact that our Department Managers, for the most part, are seasoned and are therefore able to clearly communicate their needs to their people. Thus, there are less gaps in communication between Department Managers and their direct reports. Nonetheless, I still have to counsel and advise ASMs and Department Managers who are having issues with their direct reports. For example, the Department Manager for our paint department recently approached me about an issue with one of his associates who had failed to complete a set of tasks that he had assigned to her. I advised him to speak to the closing manager for that particular day to see if he knew what happened. After following my advice and recommendation, the Department Manager learned that the closing manager had pulled the associate out of the paint department to assist with the outside garden department. So, through advice and counsel, I oftentimes can prevent people from being unnecessarily disciplined. While I technically could write up employees myself, I choose not to do so, as I want associates to feel that they can come to me with issues, rather than fear me.

12.     With respect to EEO violations, I generally will handle smaller issues, such as inappropriate comments and the like. I will report larger issues, and particularly those involving more than two people, to the Area Human Resources Manager. For example, just last week, someone reported that another employee had made an inappropriate comment in front of a customer. After investigating the issue, however, I learned that the customer in fact had made the comment, and I determined that no further action was necessary.

13.     With the exception of certain, regularly scheduled meetings, I control my daily schedule and decide what needs to be done on a particular day.  I will use a 1 through 31 day file in which I will place tasks that I believe should be done by a particular day of the month.  I will prioritize based on what I believe to be a truly urgent task and those that I believe can be accomplished quickly.  Right now, much of my focus is and has been on hiring.

14.     I also spend a good deal of time mentoring other HRMs in my market.  There currently are 14 other HRMs in my market.  I have trained three quarters of them.  When I train HRMs, I generally will go to their store for a few days to train them and help them out.  I then will have the HRM come to my store for a few days to watch and learn from me.  And throughout the day, I will get calls from various HRMs asking me questions as they come up.

15.     Every Tuesday, I participate in a store management meeting (attended by managers only).  During those meetings, separate and apart from any HR announcements (such as new training programs, etc.), I will present a monthly half-hour HR chat.  Although Lowe's Corporate will set the topic and prepare presentation slides, I will use those only as a guideline and will tailor the presentation to the needs of the store as I see fit.

16.     Separate and apart from weekly management meetings (which all stores conduct), I instituted a new process at our store.  We now have weekly Department Manager meetings, attended by the Department Managers and myself, which are designed to help the Department Managers grow and develop as leaders and managers.  I also instituted a new process at our store where the Department Managers (as opposed to the Store Manager and ASMs) will present and roll out new business model releases during weekly meetings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of April, 2013, at Milwaukie, Oregon.


By:  _____
    Mary Walker

## DECLARATION OF SANDRA WENDEL

I, Sandra Wendel, declare:

1.      I am a Human Resources Manager at Lowe's Home Centers, Inc. ("Lowe's") in Dedham, Massachusetts. I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked for Lowe's since April 2006, with one interruption from January to October 2010. I started as a Human Resources Manager in the Human Resources Manager Training Program at Store 2610 in Tilton, New Hampshire. I served as a Human Resources Manager at several Lowe's stores in New Hampshire and Massachusetts for several years until January 2012, when I left to pursue another employment opportunity with a different employer. I returned to employment with Lowe's in October 2012, when I became the Human Resources Manager at Store 1914 in Dedham, Massachusetts, where I currently work. In my current Human Resources Manager position, I am a full-time salaried employee.

3.      I currently report to Area Human Resources Manager Robert Howland. Prior to 2012, I reported primarily to the Store Manager of the location where I worked.

4.      I play an active and influential role in my store's recruitment of new employees. For entry-level positions, I alone decide which applicants that meet Lowe's minimum qualifications will be invited to interview for a position. I set up interview appointments myself.

5.      I conduct employment interviews with candidates for almost all store-level positions. For applicants applying for hourly store positions, I conduct a one-on-one interview with the candidate and evaluate the candidate based on the form and substance of the candidate's responses. My evaluation of any candidate is influential and the Store Manager always takes my



EXHIBIT

A 21

ALL-STATE LEGAL®

feedback and recommendations into consideration when we make a final decision as to which candidate(s) to hire. Since about November 2012, I have been deeply involved and highly influential in the hiring of about 44 seasonal employees and at least 11 permanent employees at my store.

6.      I frequently discuss employee development with my Store Manager and help to determine what specialized training employees should receive in order to help them progress professionally. For example, last week I had a conversation with an LTL Stocker employee, who had applied for various Department Manager and Assistant Store Manager positions, about his career goals. I provided him with guidance regarding seeking and taking advantage of opportunities for professional development and career advancement, and I will soon speak to the Store Manager about providing the employee with additional responsibilities and specialized training experiences to help him meet his goals.

7.      When an employee at my store is reported for poor performance or workplace misconduct, I am usually singly responsible for conducting an investigation into the allegations. For allegations of more severe misconduct, I team with the Area Human Resources Manager to determine what occurred, whether employee discipline is warranted, and the appropriate level of disciplinary action to be taken. About a month ago, I worked with Loss Prevention management and the Area Human Resources Manager in the issuing of two final warning notices to a Department Manager and a Receiver at my store for safety violations.

8.      I spend approximately one and a half hours a week engaged in payroll processing work, which includes correcting declined punches and closing payroll every other week.

9.      I am deeply involved in making staffing-level decisions for my store. For example, I am charged with drafting my store's spring staffing plan based on season, sales

outlook, market stability, and other factors. I then team with the Store Manager to finalize the plan before submitting it for approval by the Area Human Resources Manager and Market Director. Occasionally the Store Manager and I disagree as to how to staff a particular department, but we always work together as a team to reach an understanding and present a realistic and responsible staffing plan for final approval.

10.     I do not participate in Saturday "Kids' Clinics," nor am I expected to participate in these events. Planning and leading Kids' Clinics is handled by a Pro Services Sales Specialist at my store.

11.     I spend at most 40% of my time each week performing clerical functions such as processing paperwork. The amount of time I spend on this sort of activity depends greatly on season, staffing levels, recruitment efforts, and allocation of other regular store duties. I spend approximately five to six hours each week "walking the floor," during which time I engage employees on the sales floor and field their questions. I rarely cover cashiers' duties, and only typically perform this type of work on busy holiday weekends.

12.     Other than scheduled meetings and other appointments, I alone dictate my daily and weekly schedule. With the exception of prescheduled meetings with supervisors, I have full discretion over how my day is organized.

13.     In recent years, I have trained and mentored several other Human Resources Managers, and I continue to do so at my current store. I continue to maintain daily contact with one of my mentees via telephone, and we usually converse for five to thirty minutes each day. As a mentor, I demonstrate effective methods, instruct on points of policy and practice, and provide counsel in the face of difficult or complex human resources-related situations.

14.     As a Human Resources Manager, I have been given opportunities to enhance my career through hands-on experiences training experiences. For example, this week I will be travelling to another state to provide human resources training to Assistant Store Managers at the direction of my Area Human Resources Manager. Preparing for my presentation, and other responsibilities on my position, helps me develop my skills as a leader and refresh my knowledge as a human resources professional.

15.     I have agreed to make this statement voluntarily. It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement. I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of April 2013, at Dedham, Massachusetts.

By: _____
        SANDRA WENDEL

## DECLARATION OF BETTY YODER

I, Betty Yoder, declare:

1.      I am the Human Resources Manager ("HRM") at Lowe's Home Centers, Inc. ("Lowe's") in Wichita Falls, Texas. I am over 18 years of age, have personal knowledge of the facts stated in this declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked at the Wichita Falls Lowe's since August 25, 1995, and have worked as the HRM since approximately February 1996. In approximately 2011, I began reporting to the Area HRM ("AHRM"). Before that, I reported to the Store Manager ("SM"). The AHRM, SM and I are very close partners and work together on the human resources ("HR") issues at my store that need attention.

3.      What I do every day is really determined by what is going on in the store and what season it is. While there are a few tasks that I have to complete each day—like payroll missed punches—I decide how to spend my time and what my priorities are for the day. I set my own schedule and work when necessary to do my job. No one tells me what to do—they trust me and know that I will get my job done.

4.      Part of my job as the HRM is to maintain the employees' files. The SM and I are the only two people in the store who have access to that information.

5.      A big part of my job includes interviewing and hiring employees. All open positions are posted on Lowe's Career Portal ("LCP"). For every opening, I interview a minimum of three people. I select the candidates I want to interview by reviewing the applications on LCP and identify the three candidates with the best qualifications. I do not consult with any managers about which three candidates I decide to interview.

1



6.     After I have selected the best three candidates, I conduct the first interview on my own. I ask each candidate the same questions (provided by Lowe's) and rank their answers. In rating each answer, I use my own judgment to determine which rating an applicant's answer receives.

7.     I also ask the candidates the questions, "What brought you to Lowe's?" and "What do you want Lowe's to do for you?" to get the conversation started and determine whether they know the duties of the job for which they applied. These are questions I have developed on my own and are not included on the interview form.

8.     After my interviews are complete, an Assistant Store Manager ("ASM") will interview all candidates who received higher than the minimum ranking, and, again, rank the candidates on the answers they provide to the ASM. The SM may sit in on these interviews as well, if he is available. We will offer the job to the candidate with the highest combined ranking.

9.     If two candidates earned exactly the same store, I will discuss both candidates with the ASM and, together, we will determine which candidate would be the best fit for the position.

10.    For example, we recently hired a non-CDL driver. There were two internal candidates and one external candidate. I interviewed all three candidates and they all earned exactly the same rating. The ASM interviewed the candidates and ranked the external candidate higher than the two internal candidates. The external candidate was offered the job because he received the highest score.

11.    Because all open positions are posted on the LCP, the promotion process is identical to the initial hiring process. If an internal candidate would like a promotion, they may

apply for the position through the LCP. After going through the interview process I just described, if that person receives the highest score, that person will receive the promotion.

12.    I see it as my job as the HRM to look out for the employees. We have a good team here and I do not want to lose anyone. In fact, when an ASM comes to me with a request to discipline an employee, I always give the employee the benefit of the doubt. Before disciplining any employee, I always ask the ASM why the discipline is necessary and what proof he or she has. If there is not proof, I will not discipline the employee. Under Lowe's policy, there should generally be an initial warning, a written warning, and a final warning before terminating someone's employment.

13.    For example, we recently terminated a Specialist for poor performance. The Specialist failed to order the sufficient amount of materials for a job, and the customer was extremely angry. Because we had documentation that this was not the first time the Specialist made this type of critical error, I decided, with the assistance of the AHRM, that we had sufficient documentation to terminate the Specialist's employment.

14.    I also work with employees to help them improve their performance. For example, a Department Manager had been disciplined by the ASM for his repeated lateness and absences. He came to me upset and I walked him through his time. Later, the Department Manager thanked me for helping him understand what he had done, and is currently still employed and doing a great job.

15.    It is also my job to work with the managers to ensure that the proper "level" of discipline is given. In other words, I make sure managers don't jump right to termination when the proper discipline would be a written warning.

3

16.     At times though, I do have to discipline employees myself.  For example, while I was on break, I noticed an employee entering the store through the wrong door.  I informed the employee that he needed to enter through the proper door and that I was providing him with an *verbal* ~~initial~~ warning.  I then informed the ASM that I had warned the employee and that if the ASM witnessed the employee entering through the wrong door again, the employee should receive a *initial* ~~written~~ warning.

17.     As the HRM, part of my job includes terminating employees.  I ensure that Lowe's has all the proper documentation before an employee is terminated.  If the documentation is missing or the progressive discipline policy has not been followed, I, with the approval of the AHRM, will not allow the termination to proceed.

18.     Additionally, I attend weekly manager meeting and monthly manager chats where I update the managers on important HR and training issues I have identified.

19.     I also assist the Area Loss Prevention Manager ("ALPM") and AHRM in conducting investigations into store theft.  After speaking with the ALPM and AHRM, I take statements from the individuals involved and attempt to determine the facts.  Typically, I decide who to interview based on the information I receive from the ALPM and AHRM, and I also decide what questions to ask during the interviews, as I am the only person conducting the interview.  The ALPM and AHRM typically give me some direction, but generally I decide how to conduct the investigations, and provide feedback on the demeanor of the individuals interviewed to help determine what actually happened.

20.     Another one of my duties is to prepare the head count report for spring staffing.  This year, the new SM relied on me to provide him with the appropriate staffing levels for spring because the SM has never been through a spring season at this store and needed to rely on my

4

expertise for help. There are approximately 190 employees currently working at this store, and I try to structure the spring head count so that we do not have to lay anyone off when the season is over, but also to make sure we have enough staff to meet the demand of the busy season. I have learned how to balance this pretty well because I have been doing it at this store for over 15 years.

21.     This year, one of the customer service associates helped me with a lot of the clerical tasks, interview scheduling, and training associated with gearing up for spring to free up my time so I could focus on the interviewing and hiring.

22.     Because this store is so big, I do not get to walk the sales floor and talk to customers and employees as much as I would like. In fact, the managers never ask me to go out on the floor because they know me and they know I am swamped. They also know that, if I am free, I will be on the floor to address employee issues if necessary. Usually, though, I am too busy to be on the floor.

23.     Another part of my job is working with employees and the SM for personal leave issues. If an employee needs to take a non-medical leave of absence, I work with the SM and the employee to make that happen.

24.     I also take initiative in ensuring the back end of the store is tidy and in good order. At times when I determine that the back end needs improvement, I work with the individual responsible for cleaning to ensure he understands the expectations and keeps the areas clean for employees to use and enjoy.

25.     I am aware of Lowe's reimbursement policies if I had wanted to further my HR education. For example, I know that Lowe's has tuition reimbursement, scholarships, and other

avenues for me to improve my HR knowledge if I want to.  In fact, I know the HRM from the Decatur Lowe's just received her degree in HR through Lowe's programs. ~~in HR through Lowe's programs.~~

26.     I  have agreed to make this statement voluntarily.  It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement.  I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of April 2013, at Wichita Falls, Texas

By: _____
         BETTY YODER

### DECLARATION OF ED AVENA

I, Ed Avena, declare:

1.      I am the Human Resources Manager ("HRM") at the Lowe's in Smyrna,

Tennessee.  I am over 18 years of age, have personal knowledge of the facts stated in this

declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked for Lowe's since May 14, 2009.  Before coming to work for

Lowe's, I was the Vice President of Human Resources for Sterling Jewelers, the parent company

of Kay Jewelers and Jared.  After I retired from Sterling, I moved to Tennessee to be closer to

my children and grandchildren and began working for Lowe's.

3.      Although I was hired as an HRM, I spent the first six months of my employment

with Lowe's learning the business.  In fact, I trained with Zone Managers ("ZM") at the

Tennessee Lowe's stores in Lebanon, Franklin, Spring Hill, McMinnville, and Shelbyville,

spending approximately one month in each store.

4.      I managed two large retail stores before I began working for Sterling, but I

believed it was important to learn all I could about Lowe's operations before I began selecting

employees and engaging in other professional human resources ("HR") functions.

5.      In February 2010, I became the HRM for the Lowe's in McMinnville, Tennessee.

After working there for approximately nine months, I became the HRM at the Lowe's in

Smyrna, Tennessee, which is where I work today.

6.      The pace in the McMinnville store was much different than the pace in this store.

McMinnville is a small, sleepy town with a small customer base.  This type of environment

yields a different type of employee—typically people who have spent their lives in a small town

1



and intend to remain for the rest of their lives. In fact, the turnover at the McMinnville Lowe's is approximately 4-6 percent.

7.     In my experience, I have found that these employees need more hands-on assistance than the employees in Smyrna. For example, the employees wanted to place ice cream in the freezer and allow people on the honor system to place money in a cup and take an ice cream. It was hard for me to convince them that this activity was prohibited by Lowe's non-solicitation corporate policy.

8.     I also spent more time walking the floor in McMinnville than I do in Smyrna. In McMinnville, I spent 3 or 4 hours per day on the floor because the employees expected that of me. They wanted to see me out there on the floor. Of course I help customers as necessary, but that is not my goal, nor my regular, daily practice.

9.     Here, at the Smyrna store, the pace is much faster than in McMinnville (we are considered "the big city") and I spend only about two hours a day walking the floor. My goal is to keep my ear to the ground and make sure the employees are happy. I also want to understand exactly what frustrations employees face, so I will know what to look for in candidates when I am recruiting for open positions.

10.     I recently made the decision to redecorate the break room at our store in order to make it a more welcoming environment for employees. I made the decision to purchase some booths, tables, and decorations from a Mexican restaurant that was remodeling and used the furniture to redecorate the break room.

11.     We also have a puzzle out at all times that employees can work during their breaks. Once the puzzles are finished, we frame them and use them as art to decorate the break

2

room. No one told me to do these things. I just know – in my experience – that these types of activities assist with employee morale and improved performance.

12.     I also use my discretion in implementing an employee recognition program. For example, I started an employee of the month award. In this program, the employee of the month receives an engraved plaque and his or her name is also engraved on a plaque at the front of the store. I also host employee appreciation lunches. I have made the decision to implement these types of programs at our store in order to motivate employees and maintain high employee morale.

13.     In the beginning of 2012, I began reporting to the Area HRM ("AHRM"). Before that, I reported to the Store Manager ("SM").

14.     Although I do not report directly to the SM, I believe the partnership between the HRM and SM is critical to the smooth operation of a store. In my opinion, the ideal relationship between an HRM and SM is when the SM will not make any HR decisions without conferring with the HRM. This is the relationship I currently share with my SM. He respects my experience and I respect his operations experience. The way I see it, we are business partners and work together to make sure all human resource decisions are in Lowe's best interests.

15.     I believe our efforts are successful because, since we have implemented these changes, this store has received outstanding Employee Opinion Survey ("EOS") scores and was the runner up for store of the year.

16.     When I worked in McMinnville, I did not share that type of relationship with the SM initially. However, during my time there, I worked to educate the SM on the benefits of a competent HRM and how the operations of the store could be enhanced by working together.

Toward the end of my tenure at McMinnville, the SM and I were working toward what I believe is the best type of business partnership.

17.     As an HRM, I decide how to structure my day. Although I usually have a plan, the employees and store events determine what I do each day and when I do it.

18.     My store is not large enough to have a human resources coordinator ("HRC"). I do, however, have an employee who spends approximately one or two hours per week assisting me with paperwork and new-hire orientation training. Because this employee handles clerical tasks for me, I have more time to focus on more human resources issues.

19.     As an HRM for Lowe's, a big part of my job includes interviewing and hiring employees. I also consider recruiting a big part of my job. To further this effort, I have worked hard to create relationships with community organizations that assist retirees, former military members, and mentally challenged individuals.

20.     Without any direction from the AHRM or the SM, I decide on the recruiting methods I employ. In addition to attending job fairs, I also researched local community organizations that help people and invited them to the store for meetings to see how we could work together. My efforts have not only resulted in outstanding employees, but, last year, we also provided unpaid internships to at least 12 individuals in a rehabilitation program to help prepare them to transition into becoming productive members of society. I implemented and managed this program on my own.

21.     From my efforts, we hired an individual from one of the programs to work as a loader and retrieve carts from the parking lot. I also hired a military veteran to unload the trucks and a mentally-challenged individual as a loader in Pro Services from my community-outreach recruiting efforts.

4

22.     No one told me to engage in this type of recruiting. I believe it is the right thing to do, and that is how I have always operated in my 30 plus years in HR. The whole point to the profession is to make a difference in people's lives.

23.     Logistically, when there are open positions in my store, I post them on the Lowe's Career Portal ("LCP") for approximately five days. Then, I review the applications and decide which applicants I want to invite in for interviews. I am the only person who screens the applications and I use my own judgment in deciding which applicants receive interviews.

24.     When I worked at the McMinnville Lowe's, and at the beginning of my employment at the Smyrna Lowe's, I had the ability to bring in candidates who did not pass the online assessment if I thought they met Lowe's qualifications in other ways. Beginning in 2012, however, I was no longer able to interview candidates who did not pass the assessment. If they do not pass, I do not invite them in for an interview.

25.     Typically, I interview two more people than the number of jobs posted, meaning that if I post one position, I will interview three applicants.

26.     I conduct the first interview and rate the applicant based on the Lowe's interview guide and my own judgment. While I do ask the applicants the questions in the Lowe's interview guide, sometimes I use variations of the questions. For example, rather than ask, "Why do you want to work for Lowe's?" I will ask, "What makes you stand out from the other candidates?" I believe this question helps me ascertain the applicant's goals and future aspirations.

27.     If I believe the applicant would be a good fit for the open position and the applicant earned higher than the minimum ranking, I call the ASM to complete the second half of the interview. I make sure that the ASM responsible for the department with the opening

conducts the second interview. That way, the ASM is able to assess whether he or she believes the applicant is the best qualified to work in his or her department.

28.     Before this year, I forwarded candidates to the ASM even though I scored them below a certain score. Now, I have the discretion to decide whether or not to allow each candidate to proceed to the second portion of the interview.

29.     After the interviews are complete, I confer with the ASM and, together, we decide which applicant would be best for the position. The individual we select is the individual we hire.

30.     Once the hiring decision is made, I enter the individual's information into the pay rate advisor and obtain a starting salary. Before the introduction of the pay rate advisor in the spring of 2011, I would determine each new-hire's starting rate of pay. In making this decision, I typically considered the individual's salary history and experience, as well as outside market factors and the salary range for the position.

31.     I also assist employees who are interested in transferring to other stores. Employees seeking positions in other locales must go through the interview process described above. If there is no position open in the area to which an employee is moving, I have the authority to—and often do—place that employee on a personal leave to give him or her time to move to the new locale and obtain a position at a Lowe's in that area.

32.     Because the spring is a busy season for Lowe's, we have to hire more employees to meet the demand. To prepare for spring hiring, I create a staffing plan and then discuss my recommendations with the SM. Because he trusts me, usually he adopts my recommendations.

33.     Another part of my job involves coordinating the hourly employee review process. When I worked in McMinnville, I would determine the proposed annual raise for each

6

employee and, typically, the SM would agree with my recommendation. In fact, at that time, I had the authority to raise the pay for outstanding employees by two increments. Now, however, corporate typically recommends the salary increase amount associated with annual review process.

34.    While I am involved behind the scenes, I do not discipline employees directly. My door is always open, and I want employees to talk to me if they want to share their side of the story.

35.    I am the only person at the store who conducts investigations into non-theft incidents involving employees. I interview witnesses and take statements to learn the facts. When I conduct investigations, I decide what questions to ask and who to interview. I have received a significant amount of investigation training in my 30 years of human resources experience and I allow my training and experience to guide the investigation.

36.    Throughout the process, I keep the AHRM updated. When the investigation is complete, I inform the SM of the results.

37.    I also work with the ASMs to prepare written documentation for disciplinary or termination purposes. I do not, however, sit in on the disciplinary meetings with the employees.

38.    Additionally, I ensure the disciplinary action desired by the ASMs comports with Lowe's policies. For example, an ASM came to me and wanted to terminate an employee for failing to complete a work list. When I looked into the situation, I learned that the employee had not completed his work list because the other employee in the department had called in sick and the employee, working by himself, far exceeded the sales goals for the shift. Because he was so busy, he was unable to complete the work list. Under these circumstances, I informed the ASM

that disciplinary action was not warranted, but encouraged the ASM to discuss the situation with the employee instead.

39.     One of the main disciplinary issues at this store is attendance. Lowe's policy allows discipline for "excessive" absences, but does not define "excessive." For this store, I used my discretion and defined "excessive" as six absences in six months. I have the authority to change this definition if I prefer, but I believe this definition is sufficient for this store at this time.

40.     Employee development is another important part of my job. I take it upon myself to speak with all internal candidates who apply but are not selected for an open position to explain why they did not receive the job. I feel that it is important for them to understand what skills they need to enhance to be considered in the future. I also work with the ASMs to develop a program for these employees to develop the skills necessary to move ahead to the positions they want.

41.     For example, I had a cashier apply for, and not receive, a head cashier position approximately 6 or 8 times. I met with her and explained that her poor management style and harshness was holding her back from being promoted. I worked with her on management techniques and identified areas where she needed to improve. We also went over policies and other procedural areas she needed to learn. About six months ago, the cashier earned a promotion to head cashier because she put in the effort and made the changes necessary to bring her to the next level.

42.     Scheduling is also a big part of my job. I review the weekly schedules to ensure our payroll is within budget. If hours need to be cut, I will inform the ASMs. If they do not

perform the necessary cuts, I will cut the hours on my own. It is my responsibility to ensure that that we do not exceed our payroll budget.

43.    I mentor HRMs from other Lowe's stores. Specifically, they call me with questions about investigations, disciplinary actions, and policies. I am happy to act as a sounding board for them and help them with whatever they need. I also travel to other stores to help with spring hiring and investigations as necessary.

44.    I have agreed to make this statement voluntarily. It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement. I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of April 2013, at Smyrna, Tennessee

By:  _____
ED AVENA

## DECLARATION OF DIANA DEAN-CHAPMAN

I, Diana Dean-Chapman, declare:

1.      I am the Human Resources Manager ("HRM") at the Lowe's in Franklin,

Tennessee.  I am over 18 years of age, have personal knowledge of the facts stated in this

declaration, and if called and sworn as a witness, I would and could testify competently to them.

2.      I have worked at the Franklin Lowe's as an HRM since January 2012.  Prior to

coming to work for Lowe's, I worked as a human resources manager for a hospitality company

at the Kennedy Space Center in Florida (12 years) and at the Grand Canyon in Arizona (2 years).

3.      I earned my undergraduate degree in communications, and have a dual master's

degree in human resource management and management and leadership.  I also earned my SPHR

human resources certification, through the Society of Human Resource Management ("SHRM"),

but my certification is currently expired.

4.      Although I am fairly new to the HRM role at Lowe's, I have been able to draw on

my past experience in performing my duties in my current role.

5.      I report directly to the Area HRM ("AHRM").  The store manager ("SM") and I

also work very closely together to ensure that all employee-related decisions are in Lowe's best

interest.

6.      In fact, the SM frequently seeks out my advice.  He asks for my feedback on

messages he delivers during manager and employee meetings and implements my suggestions

often.  I also work through employee-related issues with him to help him grow as a SM.

7.      For example, we have a challenging manager at this store.  The SM sent an email

to this manager with a picture demonstrating that the manager's department had fallen below

standards.  I worked with the SM to understand that critical messages are best delivered face-to-

1



face, especially with this manager. I took this opportunity to try to improve the relationship between the SM and the manager because improving that relationship, in turn, improves Lowe's.

8.      I decide on my own how I perform my job each day. While there are a few tasks that I have to complete each day, I generally spend my days putting out fires and responding to whatever human resource issues arise.

9.      I do not have a human resources coordinator ("HRC") to assist me in performing my job. I believe it would be helpful to have someone to perform some of the orientation paperwork and scheduling appointments to free up my time for other employee-related issues.

10.     A big part of my job includes interviewing and hiring employees. I post all open positions on Lowe's Career Portal ("LCP"). Then, I select the top three candidates and invite them in for an interview. In making the selection, I analyze the experience, education, and availability of each candidate. I also use my best judgment based on my experience and the information provided by the candidates.

11.     Sometimes, I will confer with the assistant store manager ("ASM") responsible for the department with the opening to give the ASM an opportunity to engage in the process, but, ultimately, the decision on which candidates to interview is mine.

12.     I conduct the first interview on my own. I ask each candidate the same questions (provided by Lowe's) and rank their answers. In rating each answer, I use my own judgment to determine which rating an applicant's answer receives.

13.     If I rate a candidate above the minimum score, I will pass that candidate on to an ASM to complete the second half of the interview. The ASM also ranks each candidate based on the answers provided. We will offer the job to the candidate with the highest ranking.

14.     If two candidates earn the same score, I will discuss both candidates with the

ASM and, together, we will determine which candidate would be the best fit for the position and

for Lowe's. I tend to have very strong opinions and, the majority of the time, the ASM will

decide to hire the candidate I favor. *based on their skills, knowledge and abilities (ee)* I have worked hard to build relationships with the ASMs

and they know that I am looking out for them and for Lowe's in all of my recommendations.

15.     I am also responsible for ensuring that annual performance reviews occur on time.

While I do not conduct the review personally, I advise the ASMs on the substance of their

review.

16.     For example, I do not want any employee to be surprised by the information

contained in a review. If the ASM is going to criticize an employee in a review, I work with the

ASM to ensure that the ASM has conferred with the employee about the issue and there is proper

documentation in the employee's file. If not, I work with the ASM to create a plan to give the

employee appropriate notice of the performance issue, as well as an opportunity to correct the

behavior, prior to the inclusion of the infraction in an annual review.

17.     I also serve as a resource for employees who disagree with their reviews. They

can voice their concerns to me and, if I believe it necessary, I can involve the store manager to

get them resolved if it appears the review process was unfair for any reason.

18.     Properly recording disciplinary information is another part of my job. While I do

not administer disciplinary write-ups, I work with the ASMs to determine the appropriate level

of discipline for each situation. The decision on the proper level of discipline is mine, but,

because I am fairly new to Lowe's, I sometimes confer with my AHRM to make sure my

decision falls within Lowe's guidelines.

19.    I also work to make sure the proper level of discipline is administered, if any. If an ASM wants to terminate an employee, I will work with that ASM to determine whether the employee committed a terminable offense, or, if not, whether there is proper documentation in the employee's file to warrant termination. If not, I will advise the ASM on the proper steps to take with the employee to correct the unwanted behavior.

20.    I am the only person in the store who conducts investigations into employee-related incidents. In conducting investigations, I identify and interview witnesses, take statements, and determine the proper level of discipline, if any. I use my personal HR experience to know what questions to ask and how to conduct the interviews. *In addition I use the Lowe's investigation* *packet.* Following the investigation, I will follow up with the employee who brought the issue to my attention and explain the results, if such an explanation is appropriate under the circumstances.

21.    For example, I recently investigated reports of an argument between two head cashiers. On the sales floor, they disagreed on a process and one head cashier cursed at the other. I interviewed both the head cashiers and an eye-witness to the exchange. Ultimately, the head cashier who cursed admitted it. Based on my experience with Lowe's, I knew that cursing on the sales floor is typically a "final" notice, so that is the level of discipline the *ee* ASM administered to that head cashier for her behavior.

22.    Payroll is part of my job as well. Because this store is so busy ($35 million plus), the Administrative Department Manager ("ADM") performs the daily declined punches for me. This allows me to focus more time on employee issues.

23.    I started last year during spring hiring and that was intense. This year, I had a better idea of what to expect and was able to work with the SM to create a staffing plan. Because we needed to hire more than 70 seasonal employees this year, I reached out to

4

community organizations such as Goodwill, the Urban League, and Williamson County Career Center, and partnered with those organizations to source additional applicants for spring hiring.

24.     I walk the floor about twice a week to interact with employees and see how things are going for them.  I do not help customers frequently because I do not know the operational side of Lowe's yet.  When I am on the floor, I am there for the employees.

25.     Another part of my job is working with employees and the SM for personal leave issues.  If an employee needs to take a non-medical leave of absence, I work with the SM to make sure the provision of personal leaves is consistent and fair to all employees.

26.     I see it as part of my job to manage employee morale and engage employees.  I do what I can to help the employees and make this a positive work environment for them.

27.     For example, in the summer, I will go check on the outdoor loaders to make sure they have water and anything else they need.  I believe they appreciate my effort, even if they already have water, because they feel valued as employees, which they are.

28.     Employees come to me all the time with their issues.  I use my best judgment in deciding how to handle each issue.  I strive to be fair to everyone and do whatever I can to make the employees happy.

29.     I have agreed to make this statement voluntarily.  It has been explained to me that I will receive no benefit for making this statement and no detriment for refusing to make a statement.  I am not represented by an attorney in connection with this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*FRANKLIN, TN. DC*

Executed this 10th day of April 2013, at ~~Wichita Falls, Texas~~

5

By: _____

     DIANA DEAN-CHAPMAN