UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIZETH LYTLE, individually
and on behalf of all others
similarly situated who consent
to their inclusion in a
collective action,

        Plaintiff,
v.                                Case No. 8:12-cv-1848-T-33TBM

LOWE'S HOME CENTERS, INC.;
LOWE'S COMPANIES, INC.;
and LOWE'S HIW, INC.,

        Defendants.
_____/

**ORDER**

This matter comes before the Court pursuant to the parties' Joint Stipulation Regarding Notice to FLSA Class Members and Motion for Approval of Notice (Doc. # 346), filed on January 27, 2014.

On January 10, 2014, this Court granted Plaintiff Lizeth Lytle's Amended Motion for Conditional Certification of Collective Class. (Doc. # 340). In that Order, the Court conditionally certified a national class of Human Resources Managers and directed the parties to file briefs supplementing their respective positions regarding the proposed class notice and means of dissemination of the notice by January 27, 2014. (Id.).

On January 27, 2014, the parties filed the present Joint Stipulation Regarding Notice to FLSA Class Members and Motion for Approval of Notice. (Doc. # 346). Therein, the parties provide their agreed proposed class notice (Doc. # 346-1), and the parties' stipulated methods of dissemination of such notice (Doc. # 346 at ¶ 4). This Court has reviewed the parties' proposed class notice and stipulated methods of dissemination and is otherwise fully advised in the premises.

Upon careful consideration, the Court approves and adopts the parties' proposed class notice and stipulated methods of dissemination of such notice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The parties' Joint Motion for Approval of Notice (Doc. # 346) is **GRANTED**.

(2) The Court adopts the parties' proposed class notice and methods of dissemination as set forth in the parties' Joint Stipulation.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 31st day of January, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

2