UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIZETH LYTLE, individually
and on behalf of all others
similarly situated who
consent to their inclusion,

    Plaintiff,

v.                                Case No. 8:12-cv-1848-T-33TBM

LOWE'S HOME CENTERS, INC.,
ET AL,

    Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of the Report and Recommendation of United States Magistrate Judge Thomas B. McCoun III (Doc. # 470), entered on October 30, 2014, recommending that this Court approve the parties' executed settlement agreement. According to the Report and Recommendation, the parties had until and including November 6, 2014, to file any written objections to the proposed findings and recommendations of the Magistrate Judge. As of this date, no objection to the Report and Recommendation has

been filed, and the time to do so has now passed.[1] After careful consideration, the Court adopts the Report and Recommendation of the Magistrate Judge.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).

In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Hous. v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

---

[1] The parties timely filed a fully executed settlement agreement in accordance with the directive set forth in the Report and Recommendation. (Doc. # 471).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge, and adopts the recommendation of the Magistrate Judge. In doing so, this Court finds that the parties' executed settlement agreement is a fair and reasonable resolution of this action.

However, the Court finds it necessary to engage in an independent assessment of Plaintiff Lizeth Lytle's counsel's request for attorneys' fees and costs. To that end, Lytle's counsel has until and including **November 14, 2014**, to file any motions for attorneys' fees and costs, which demonstrate the appropriateness of the amount sought.[2] Upon review of the submitted documents, if the Court determines that the fees are excessive, the Court will reduce the amount sought. Any portion of the requested fees deemed excessive will be distributed to the class plaintiffs on a *pro rata* basis.

Accordingly, it is

---

[2] The Court will address Lytle's counsel's award of attorneys' fees and costs regardless of whether, at the time Lytle's counsel submits further documents in support of their fee and cost request, this case has been closed by the Clerk.

3

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Thomas B. McCoun III (Doc. # 470) is **ADOPTED.**

(2) The parties' executed settlement agreement is approved.

(3) This case is dismissed with prejudice in accordance with the terms set forth in the parties' executed settlement agreement.

(4) Plaintiff's counsel has until and including **November 14, 2014,** to file any motions for attorneys' fees and costs.

(5) The Clerk is directed to enter a Judgment in accordance with this Order. Thereafter, the Clerk is directed to **CLOSE THE CASE.**

(6) This Court retains jurisdiction to determine the limited issue of attorneys' fees and costs.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 7th day of November, 2014.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

4